IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor<br><br>Plaintiff,<br><br>v.<br><br>GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District,<br>Defendants. | Civil Action No. 04-150E<br><br>Jury Trial Demanded |

**ORDER OF COURT**

IN ERIE, this the 6th day of July, 2005, upon consideration of the foregoing, it is hereby Ordered that the Commonwealth of Pennsylvania, Department of Corrections, shall release custody of the prisoner Gregory Yarbenet, inmate number FK 0083, to the Westmoreland County Sheriff for transportation to his deposition to occur on July 25, 2005, 9:00 a.m., at the Westmoreland County Courthouse, Room 2. At the conclusion of the deposition the Westmoreland County Sheriff shall return custody of Yarbenet to the State Correctional Institute.

S/Sean J. McLaughlin
UNITED STATES DISTRICT JUDGE