IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District,<br><br>    Defendants. | Civil Action No. 04-150 Erie |

**O R D E R**

IN ERIE, this 21st day of July, 2005, IT IS HEREBY ORDERED that the Commonwealth of Pennsylvania, Department of Corrections, SCI Greensburg, shall transport prisoner Gregory Yarbenet, inmate number FK 0083, to the Westmoreland County Courthouse, Room 2, for his deposition on July 25, 2005, at 9:00 a.m.  At the conclusion of the deposition, the Department of Corrections, SCI Greensburg shall return the prisoner, Yarbenet to the SCI Greensburg Prison.

                              s/   Sean J. McLaughlin
                                   United States District Judge

cm:  All counsel of record.