```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```
STACY S.; AND JOHN AND MARY
ELLEN S., ON BEHALF OF THEIR DAUGHTER
LEIGH ANN S., A MINOR

      VS.                                    Civil No. 04-150 ERIE

GIRARD SCHOOL DISTRICT ET AL

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania        SS:


TO: U.S. Marshal, Western District of Pennsylvania
    WARDEN SCI GREENSBURG PRISON

GREETING:


    WE COMMAND YOU, in the name and by authority aforesaid that
                    GREGORY YARBENET
be under your custody detained by whatever name he may be
charged, you have said person before the Judges of the
Westmoreland County  Courthouse, Room 2, Greensburg,
Pennsylvania, on JULY 25, 2005, at 9:00 A.M. for his deposition
for entitled case, or show cause why the said person cannot be
produced.

    When the said GREGORY YARBENET is no longer needed as a
witness before this Court, he shall be returned to SCI GREENSBURG
PRISON

    AND have you then and there this Writ.

    WITNESS, the Honorable Sean J. McLaughlin
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this July 21, 2005, day of ,

_____
    Clerk of Court

*[handwritten annotation:] Rec'd on 22 for 25th Not enough time to true process*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor,<br><br>        Plaintiffs,<br>v.<br><br>GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District,<br><br>        Defendants. | Civil Action No. 04-150 Erie |

**ORDER**

IN ERIE, this 21st day of July, 2005, IT IS HEREBY ORDERED that the Commonwealth of Pennsylvania, Department of Corrections, SCI Greensburg, shall transport prisoner Gregory Yarbenet, inmate number FK 0083, to the Westmoreland County Courthouse, Room 2, for his deposition on July 25, 2005, at 9:00 a.m. At the conclusion of the deposition, the Department of Corrections, SCI Greensburg shall return the prisoner, Yarbenet to the SCI Greensburg Prison.

                s/   Sean J. McLaughlin
                United States District Judge

cm: All counsel of record.

CERTIFIED FROM THE RECORD
Date 7-21-05
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk