IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor | Civil Action No. 04-150E |
| Plaintiff, | Jury Trial Demanded |
| v. | |
| | ELECTRONICALLY FILED |
| GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District, | |
| Defendants. | |

**PLAINTIFFS' MOTION TO PLACE
PLEADING ON RESTRICTIVE BASIS**

1. This is the motion of Plaintiffs. It seeks an Order of Court which seals Document No. 23, and which allows Plaintiffs to replace that document with a version that restricts identifying material.

2. This case involves Plaintiffs' claims that they were deprived of constitutional rights as a result of being subjected to sexual molestation at the hands of Defendant Yarbenet.

3. Plaintiffs filed a motion to amend their complaint, which included evidentiary material.

4. Plaintiffs' counsel inadvertently failed to delete certain information which could lead to members of the public identifying other potential victims of the Defendant Yarbenet. This includes information about witnesses who have provided information in this case, from which information members of the public could identify victims or potential victims.

5. Plaintiffs request that the document that has been filed be sealed and placed on a restrictive basis, and not be available to the public.

6. Plaintiffs will, within seven days, file a corrected version of the motion which deletes all identifying information.

7. Thereafter, Plaintiffs will insure that future evidentiary matter is properly screened so that identifying information concerning potential victims, minors, and other individuals whose identity could be discerned from pleadings is deleted.

WHEREFORE, Plaintiffs request that Document No. 23 be sealed and that Plaintiffs be permitted to replace it with a document in which the identifying information is restricted.

        Respectfully submitted,


        s/ Edward A. Olds
        Edward A. Olds, Esquire
        Pa. I.D. No. 23601
        Carolyn Spicer Russ, Esquire
        Pa. I.D. No. 36232
        Richard Matesic, Esquire
        Pa. I.D. No. 72211
        *Attorneys for Plaintiffs*

        1007 Mt. Royal Boulevard
        Pittsburgh, PA 15223
        (412) 492-8975

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Richard A. Lanzillo, Esquire
> KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
> 120 West Tenth Street
> Erie, PA 16501

and I hereby certify that I have sent by facsimile and mailed by United States Postal Service the document to the following non CM/ECF participant:

> Edward J. Betza, Esquire
> 150 East Eighth Street
> Erie, PA 16501

s/Edward A. Olds, Esquire
_____