```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S.; and JOHN and MARY         )
ELLEN S., on behalf of their        )Civil Action No. 04-150E
daughter, LEIGH ANN S., a minor     )
                                    )
        Plaintiff,                  )    Jury Trial Demanded
                                    )
    v.                              )
                                    )    Electronically Filed
GIRARD SCHOOL DISTRICT;             )
ROBERT SNYDER, Individually         )
and in his capacity as              )
Principal of the Rice Avenue        )
Middle School; and GREGORY          )
YARBENET, a professional            )
employee of the Girard School       )
District,                           )
        Defendants.                 )
```

## ORDER OF COURT

IN ERIE, this the _____ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that the item filed at Docket No. 23 shall be sealed and not released to any person not a party to this case. It shall not be made available to the public. Plaintiffs are allowed seven days to file a corrected pleading which will delete identifying information of minors, or from which the identities of victims or potential victims of Yarbenet, could be discerned.

_____
U.S. District Court Judge