```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S.; and JOHN and MARY        )
ELLEN S., on behalf of their       )Civil Action No. 04-150E
daughter, LEIGH ANN S., a minor    )
                                   )
       Plaintiff,                  )    Jury Trial Demanded
                                   )
       v.                          )
                                   )    Electronically Filed
GIRARD SCHOOL DISTRICT;            )
ROBERT SNYDER, Individually        )
and in his capacity as             )
Principal of the Rice Avenue       )
Middle School; and GREGORY         )
YARBENET, a professional           )
employee of the Girard School      )
District,                          )
       Defendants.                 )
```

## ORDER OF COURT

IN ERIE, this the _12th_____ day of __August, 2005, upon consideration of the foregoing, it is hereby Ordered that the item filed at Docket No. 23 shall be sealed and not released to any person not a party to this case. It shall not be made available to the public. Plaintiffs are allowed seven days to file a corrected pleading which will delete identifying information of minors, or from which the identities of victims or potential victims of Yarbenet, could be discerned.

_____
U.S. District Court Judge