IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District,<br><br>        Defendants | Docket No. 04-150E<br>(Judge Sean J. McLaughlin)<br><br>ELECTRONICALLY FILED PLEADING<br><br>JURY TRIAL DEMANDED<br><br>JOINT MOTION TO MODIFY PRETRIAL SCHEDULE<br><br>Filed on behalf of: Plaintiffs and Defendants<br><br>Counsel of record for these parties:<br><br>Richard A. Lanzillo, Esq.<br>Knox McLaughlin Gornall<br>& Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email rlanzillo@kmgslaw.com<br>PA53811<br><br>Edward A. Olds, Esq.<br>1007 Mt. Royal Blvd.<br>Pittsburgh, PA 15223<br>Telephone (412) 492-8975<br>PA23601 |

## ORDER

AND NOW, this 16th day of August, 2005, upon consideration of the parties' Joint Motion to Modify Case Management Order and the Court finding that good cause exists to warrant modification of the pretrial schedule in this action, it is hereby ORDERED that the parties' motion is GRANTED. The Court's Case Management Order is hereby modified as follows:

2

a.  All remaining discovery shall be completed by September 30, 2005;

b.  Defendants shall file a response to plaintiffs' motion to amend complaint on or before August 22, 2005;

c.  Plaintiffs' Pretrial Statement shall be filed on or before October 20, 2005;

d.  Defendants' Pretrial Statements shall be filed on or before November 18, 2005;

e.  All dispositive motions with supporting briefs and record materials shall be filed on or before October 20, 2005; and

f.  Responses to dispositive motions with supporting briefs and record materials shall be filed on or before November 12, 2005

In all other respects, the Court's Management Order of June 15, 2005 remains in full effect.

BY THE COURT

_____
HONORABLE SEAN J. McLAUGHLIN

# 628067