IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN AND MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor )<br><br>Plaintiffs, )<br><br>v. )<br><br>GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District )<br><br>Defendants, ) | CIVIL ACTION NO. 04-150E<br><br>Electronically Filed<br><br>Honorable Sean J. McLaughlin |

## MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS AGAINST DEFENDANT GREGORY J. YARBENET

Plaintiffs Stacy S. and John and Mary Ellen S., on behalf of their daughter, Leigh Ann S. by their undersigned counsel, respectfully moves this court, pursuant Rule Fed. R. Civ. Pro. 56, for the entry of summary judgement in favor of plaintiffs as to liability on the grounds that:

The pleadings are closed and time exists within which to dispose of this motion without delaying trial.

The pleadings, depositions, answers to interrogatories, admissions and affidavits filed of record show that there is no genuine issue of material fact involving Plaintiffs' Constitutional claims against Yarbenet which requires a trial.

Plaintiffs are entitled to judgement as a matter of law for the reasons set forth in the accompanying brief.

WHEREFORE, Plaintiffs Stacy S. and John and Mary Ellen S., on behalf of their daughter, Leigh Ann S., respectfully requests that this Court enter summary judgement in favor of Plaintiffs and against Defendant, Gregory J. Yarbenet, as to liability and determine that Yarbenet violated Plaintiffs' constitutional rights guaranteed by the Fourth, Fifth and Fourteenth Amendments of the United States Constitution. Plaintiffs further request the court schedule a trial to assess damages against the Defendant, Gregory J. Yarbenet.

        Respectfully submitted,

        <u>s/ Edward A. Olds</u>
        Edward A. Olds, Esquire
        Pa. I.D. No. 23601
        Carolyn Spicer Russ, Esquire
        Pa. I.D. No. 36232
        Richard Matesic, Esquire
        Pa. I.D. No. 72211
        *Attorneys for Plaintiffs*
        1007 Mt. Royal Boulevard
        Pittsburgh, PA 15223
        (412) 492-8975
        (412) 492-8978 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Richard A. Lanzillo, Esquire
KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501

      and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Edward J. Betza, Esquire
150 East Eighth Street
Erie, PA 16501

s/Edward A. Olds, Esquire
