IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY S.; and JOHN AND MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor | ) ) ) ) | CIVIL ACTION NO. 04-150E |
| Plaintiffs, | ) ) ) | Electronically Filed |
| v. | ) ) | |
| GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District | ) ) ) ) ) ) ) ) | Honorable Sean J. McLaughlin |
| Defendants, | ) | |

## ORDER OF COURT

In Erie, this the ___ day of _____, based upon the evidence presented here with and the legal argument set forth by the Plaintiffs, it is hereby ordered that the court finds that there are no material issues of fact in dispute and that Plaintiff are entitled to judgement as a matter of law. Judgement is entered against Yarbenet on Plaintiffs' constitutional claims. It is hereby determined that Yarbenet, while acting under the color of state law violated rights secured to Plaintiffs by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. A trial to assess damages is set for the ___ day of _____ 2005.

_____
Honorable Sean J. McLaughlin