```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S.; and JOHN and MARY         )
ELLEN S., on behalf of their        )Civil Action No. 04-150E
daughter, LEIGH ANN, a minor        )
                                    )
        Plaintiff,                  )    Jury Trial Demanded
                                    )
     v.                             )
                                    )
GIRARD SCHOOL DISTRICT;             )
ROBERT SNYDER, Individually         )
and in his capacity as              )
Principal of the Rice Avenue        )
Middle School; and GREGORY          )
YARBENET, a professional            )
employee of the Girard School       )
District,                           )
        Defendants.                 )
```

**ORDER OF COURT**

IN ERIE, this the _____ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that Plaintiffs are permitted to file the Amended Complaint. Defendant shall have 20 days to respond.

                                                                                   _____

                                                                                U.S. District Court Judge