IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S. et al., | ) |
|     Plaintiffs, | ) |
|     v. | ) Civil Action No. 04-150 Erie |
| GIRARD SCHOOL DISTRICT, et al., | ) |
|     Defendants. | ) |

## ORDER

AND NOW, *to wit,* this 22nd day of August, 2005, upon consideration of Petitioner's motion [32] to amend the complaint in the above-captioned matter, and the Defendants having indicated through their counsel that they have no objection to said motion,

    IT IS HEREBY ORDERED that said motion is GRANTED.

                                   s/ Sean J. McLaughlin
                                       United States District Judge

cc: All counsel of record.