IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN AND MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor<br>        Plaintiffs<br><br>v.<br><br>GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District<br>        Defendants | CIVIL ACTION NO. 04-150E<br><br>Honorable Sean J. McLaughlin |

### DEFENDANT, GREGORY J. YARBENET'S, CONSENT TO PLAINTIFFS' REQUEST FOR SUMMARY JUDGMENT

AND NOW, comes Defendant, Gregory J. Yarbenet, by and through his attorneys, ELDERKIN, MARTIN, KELLY & MESSINA, and files this Consent to Plaintiffs' Request for Summary Judgment:

Defendant Yarbenet disagrees with the Statement of Material Facts as presented by Plaintiffs and disagrees with many of the factual and legal assertions set forth in Plaintiffs' Brief in Support of the Motion for Summary Judgment. Despite such disagreement, Defendant Yarbenet does not oppose Plaintiffs' Motion for Summary Judgment as to liability and Defendant Yarbenet joins in Plaintiffs' request that the Court schedule a trial to assess damages against Defendant Yarbenet.

        Respectfully submitted,

        ELDERKIN, MARTIN, KELLY & MESSINA

        By: /s/ Lori R. Miller

            Lori R. Miller, Esquire
            Pa.S.Ct. #85774
            Edward J. Betza, Esquire
            Pa. S. Ct. #65529
            Attorneys for Defendant, Gregory J. Yarbenet
            150 East 8th Street
            Erie, Pennsylvania 16501-1269
            (814) 456-4000

Dated: September 15, 2005