IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S.; and JOHN AND MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor     )
)
)     CIVIL ACTION NO. 04-150E
)
Plaintiffs,     )
)     Electronically Filed
v.     )
)
GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District     )     Honorable Sean J. McLaughlin
)
)
)
)
)
)
Defendants,     )

## **ORDER OF COURT**

AND NOW, this the 22nd day of September, 2005, based upon the evidence presented and the legal argument set forth by the Plaintiffs, it is hereby ordered that the court finds that there are no material issues of fact in dispute and that Plaintiffs are entitled to judgement as a matter of law. Judgement is entered against Yarbenet on Plaintiffs' constitutional claims.  It is hereby determined that Yarbenet, while acting under the color of state law violated rights secured to Plaintiffs by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

_____
Honorable Sean J. McLaughlin