IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY S.; and JOHN and MARY ELLEN S. on behalf of their daughter, LEIGH ANN S., a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | C.A. No. 04-150E |
| GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District, | ) ) ) ) ) ) ) ) | Honorable Sean J. McLaughlin<br><br>JURY TRIAL DEMANDED |
| Defendants. | ) | |

### AFFIDAVIT OF KELLI KERSNICK

Kelli Kersnick, being duly sworn, deposes and states as follows:

1. I am an adult individual who resides at 9922 Old Ridge Road, Girard, Pennsylvania.

2. In the mid-1990s I took a child into my home. I became her legal foster mother and eventually adopted her. She is now 20 years old, having been born September 15, 1984.



EXHIBIT A

3.      During the 1996-97 school year, when she was twelve years old, this girl confided to me that her teacher, Gregory Yarbenet, at the Rice Avenue Middle School in Girard, had been sexually intimate with her, and she told me that they had had sexual intercourse.

4.      When the girl told me this, we immediately went to see the guidance counselor at the middle school, Mrs. Gayla De Marco. The girl told Mrs. De Marco that Yarbenet was touching her and was quite specific about the fact that they had had intercourse. Mrs. De Marco said to me, "I know you are new at this, [this girl] has a way of telling stories because she wants attention." Mrs. De Marco said that no one else had come to her and said anything similar. When I tried to pursue the matter, Mrs. De Marco said that the girl was a "nothing but a liar."

5.      Our meeting with Mrs. De Marco lasted less than five minutes. Mrs. De Marco indicated no interest in pursuing the matter further or any intention to report our conversation to anyone else.

6.      As soon as Yarbenet was arrested and the matter became public, the girl, who is now my adopted daughter, and I went to the police and told them what had happened. We explained that my daughter prefers not to have her name be used as part of legal proceedings against Yarbenet, but that I was willing to tell what happened without using her name.

Date: 6-28-05

*Kelli M Kersnick* (signature)
Kelli Kersnick

Sworn to and subscribed

before me this _____ day of

_____, 2005.

_____

Notary Public

FORM OF ACKNOWLEDGMENT BY
AN ATTORNEY AT LAW

Commonwealth of Pennsylvania

County of ALLEGHENY

On this, the 29th day of June, 2005, before me Joann Matoka, the undersigned officer, personally appeared Carolyn Spicer Russ, known to me (or satisfactorily proven) to be a member of the bar of the highest court of said state, Supreme Court ID Number 36232, and a subscribing witness to the within instrument, and certified that she was personally present when Kelli Kersnick, whose name is, subscribed to the within instrument executed the same; and that said person acknowledged that she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my name and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Joann Matoka, Notary Public
Shaler Twp., Allegheny County
My Commission Expires Feb. 2, 2008
Member, Pennsylvania Association Of Notaries