IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District,<br><br>        Defendants | Docket No. 04-150E<br>(Judge Sean J. McLaughlin)<br><br>ELECTRONICALLY FILED PLEADING<br><br>JURY TRIAL DEMANDED<br><br>ORDER<br><br>Filed on behalf of:  Plaintiffs and Defendants<br><br>Counsel of record for these parties:<br><br>Richard A. Lanzillo, Esq.<br>Knox McLaughlin Gornall<br>& Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email rlanzillo@kmgslaw.com<br>PA53811<br><br>Edward A. Olds, Esq.<br>1007 Mt. Royal Blvd.<br>Pittsburgh, PA  15223<br>Telephone (412) 492-8975<br>PA23601 |

## **ORDER**

AND NOW, this 28th day of September, 2005, upon consideration of the motion of defendants Girard School District and Robert Snyder to compel the attendance of witness Kelli Kersnick at deposition, it is hereby ORDERED that the motion is GRANTED.  Ms. Kersnick is hereby ordered to appear for her deposition on Friday, October 7, 2005 at 10:00 a.m. at the offices of Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie,

-2-

Pennsylvania 16501.  If Ms. Kersnick suffers from any physical limitations or other conditions that limit her ability to travel, she shall notify counsel for the Girard School District and Robert Snyder on or before October 5, 2005 of such limitations or conditions so that counsel can arrange for her deposition to be conducted at her home or such other location as the parties may agree.

                BY THE COURT

                _____
                HONORABLE SEAN J. McLAUGHLIN
                United States District Judge

# 635064