```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S.; and JOHN and MARY        )
ELLEN S., on behalf of their       )   Civil Action No. 04-150E
daughter, LEIGH ANN S., a minor    )
                                   )
        Plaintiff,                 )   Jury Trial Demanded
                                   )
        v.                         )   Electronically Filed
                                   )
GIRARD SCHOOL DISTRICT, et al.,    )
                                   )          Defendants.
                                   )
```

## ORDER OF COURT

IN ERIE, this the _____ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that: 1) Defendants shall respond to Plaintiffs' request for documents concerning all instances of reports of faculty sexual misconduct within 20 days and provide documents concerning such instances; 2) Plaintiffs may reopen the depositions of Robert Snyder and Gayla DeMarco for the purpose of questioning the witnesses about the instances disclosed, including the investigation involved with the allegations against Verga; 3) Additionally, other depositions may be scheduled, if the documents so produced warrant; 4) The discovery shall be completed within 45 days of the disclosure and production of documents; 5) Finally, Defendants shall designate a person to testify about matters concerning their newly asserted affirmative defense in accordance

with Plaintiffs' 30(b)(6) deposition notice dated September 22, 2005.

```
                              _____
                              U.S. District Court Judge
```