| | | | | |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:40 | pic.geocities.com | 1697111155;loc=600;targ |
| 192.168.0.104 | 12/18/98 | 13:40 | www.geocities.com | http://pic.geocities.com/images/pop_top.gif |
| 192.168.0.104 | 12/18/98 | 13:40 | pic.geocities.com | http://www.geocities.com/cgi-bin/counter |
| 192.168.0.104 | 12/18/98 | 13:40 | imageserv.imgis.co | http://pic.geocities.com/images/pop_side.gif |
| 192.168.0.104 | 12/18/98 | 13:40 | www.cyberpatrol.co | http://imageserv.imgis.com/images/Ad32624St1Sz1Sq1Id1.gif |
| 192.168.0.104 | 12/18/98 | 13:41 | www.elitecash.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:41 | www.cyberpatrol.co | http://www.elitecash.com/clicks/jlil.cgi?wol |
| 192.168.0.104 | 12/18/98 | 13:41 | www.elitecash.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:41 | www.cyberpatrol.co | http://www.elitecash.com/clicks/jlil.cgi?wol |
| 192.168.0.104 | 12/18/98 | 13:41 | 209.139.56.150 | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:41 | 209.139.56.150 | http://209.139.56.150/my/Ped2_an.gif |
| 192.168.0.104 | 12/18/98 | 13:41 | 209.139.56.150 | http://209.139.56.150/banners/BANNER1.JPG |
| 192.168.0.104 | 12/18/98 | 13:41 | 209.139.56.150 | http://209.139.56.150/banners/pho056.gif |
| 192.168.0.104 | 12/18/98 | 13:41 | www.cyberpatrol.co | http://209.139.56.150/banners/wol015.jpg |
| 192.168.0.104 | 12/18/98 | 13:41 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:41 | www.titophilia.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:41 | www.cyberpatrol.com | http://www.titophilia.com/webmasters.jpg |
| 192.168.0.104 | 12/18/98 | 13:41 | 209.139.56.150 | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:42 | 209.139.56.150 | http://209.139.56.150/banners/wol017.gif |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.co | http://209.139.56.150/banners/wol017.gif |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.cyberpatrol.com/ |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.co | http://www.bigtitteens.com/ |
| 192.168.0.104 | 12/18/98 | 13:41 | w107.hitbox.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:41 | stats.hitbox.com | http://w107.hitbox.com/Hitbox?hb=CAD812035970&bn=MSIE&bv=2 |
| | | | | 00&ss=na&&o=na&di=13&sv=10&ja |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.com | http://stats.hitbox.com/buttons/adult0.gif |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:42 | www.titophilia.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.com | http://www.titophilia.com/page2.html |
| 192.168.0.104 | 12/18/98 | 13:42 | www.titophilia.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:42 | 209.139.56.150 | http://www.titophilia.com/page2.html |
| 192.168.0.104 | 12/18/98 | 13:42 | 209.139.56.150 | http://209.139.56.150/banners/wol017.gif |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.co | http://209.139.56.150/banners/wol017.gif |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/tits_bg.gif |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_1.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane2_1.jpg |

50a

| | | | | |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane3_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane4_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane5_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane6_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane7_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane10_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane9_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane11_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane12_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane6_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titis.html |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane13_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane14_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane15_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane16_1_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titsthumbnails_two.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_6_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_7_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titsthumbnails_three.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane15_7_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_9_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titsthumbnails_four.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane14_9_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titslinks.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane3_10_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_10_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_11_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_12_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titsthumbnails_five.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane3_11_.jpg |

51a

| IP | Date | Time | Domain | URL |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane3_12_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane13_12_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane13_13_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_13_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_13_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_14_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titsmore_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane5_16_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane13_14_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane5_14_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane5_15_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_15_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane5_15_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_16_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane5_16_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titsitis_of_the_day.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane8_16_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_17_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/is_single_pixel_gif.gif |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane8_17_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_10_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/daily.html |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/hhban2.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/hhban1_8_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/titspane1_8_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.co | http://www.cyberpatrol.com/h10.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/images/titspane1_8_.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/thumb3.html |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/liban4.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sunny003_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sunny008_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sunny021_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:42 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sunny051_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/thumb4.html |
| 192.168.0.104 | 12/18/98 | 13:43 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/sunny021.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/thumb2.html |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/inter01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sand006_jpg.jpg |



52a

| | | | | |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sand015_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sand009_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sand014_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_sand014_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/thumb1.html |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_rabia002_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_rabia007_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_rabia019_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_rabia023_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/thumb1.html |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/xtrmbn1.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/thumb4.html |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_suzr002_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_suzr005_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_suzr008_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.bigtitteens.co | http://www.bigtitteens.com/tn_suzr003_jpg.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/smtsbn1.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/bsp.gif |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-05.jpg |

53a

| IP | Date | Time | Domain | URL |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/ |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.titophilia.com | http://www.titophilia.com/webmasters.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-06-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-06-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-06-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-06-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-06-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/freewebkool.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/xxxmpegvol.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:43 | www.smalltops.com | http://www.smalltops.com/images/movie1oct.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-06-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/smalltop.html |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-06-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.cyberpatrol.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:44 | www.cyberpatrol.co | http://www.cyberpatrol.co |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-03.jpg |

54a

| | | | | |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-07-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/freeweekoct.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/xxxmpegoct.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/movie1oct.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-01-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-02-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-03-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-01.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-02.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-04-05.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-03.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/images/smalldec-05-04.jpg |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/smalltop.html |
| 192.168.0.104 | 12/18/98 | 13:44 | www.smalltops.com | http://www.smalltops.com/smalltop.html |
| 192.168.0.104 | 12/18/98 | 13:44 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:44 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:44 | www.surfwatch.com | http://www.surfwatch.com/ |
| 192.168.0.104 | 12/18/98 | 13:44 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |

55a

| IP | Date | Time | Domain | URL |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:44 | www1.surfwatch.com | http://www1.surfwatch.com/home/ |
| 192.168.0.104 | 12/18/98 | 13:44 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:45 | search.yahoo.com | |
| 192.168.0.104 | 12/18/98 | 13:45 | www.cyberpatrol.co | http://search.yahoo.com/search?p=big+tits&hc=0&hs=26&h=s&b=21 |
| 192.168.0.104 | 12/18/98 | 13:45 | search.yahoo.com | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:45 | dir.yahoo.com | http://dir.yahoo.com/Business_and_Economy/Companies/Sex/Virtual_Clubs/ |
| 192.168.0.104 | 12/18/98 | 13:45 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:45 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:45 | lnk.yahoo.com | http://lnk.yahoo.com/bin/query?p=big+tits&tc=0&hs=26 |
| 192.168.0.104 | 12/18/98 | 13:45 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:45 | www.b1tch.net | http://www.b1tch.net/maina3.html |
| 192.168.0.104 | 12/18/98 | 13:45 | lnk.yahoo.com | http://lnk.yahoo.com/bin/query?p=big+tits&b=21&hc=0&hs=26 |
| 192.168.0.104 | 12/18/98 | 13:45 | lnk.yahoo.com | http://lnk.yahoo.com/bin/query?p=big+tits&tc=0&hs=26 |
| 192.168.0.104 | 12/18/98 | 13:46 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/ |
| 192.168.0.104 | 12/18/98 | 13:46 | www.cyberpatrol.co | http://www.cyberpatrol.com/ |
| 192.168.0.104 | 12/18/98 | 13:46 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test000.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/banner3_03_01.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/banner3_00.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/banner3_01_01.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test000.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test001.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test003.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test001.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test002.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/banner3_01.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/banner3_01_02.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/ |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test004.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/test004.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/bloop.jpg |

56a

| | | | | |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/t1.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/tv33.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/tv33.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/live.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/tv30.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/tv31.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/tv2.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/chat.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/banner3_00.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/tv32.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/tv34.jpg |
| 192.168.0.104 | 12/18/98 | 13:46 | www.disrobed.com | http://www.disrobed.com/join.gif |
| 192.168.0.104 | 12/18/98 | 13:46 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:46 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:47 | www.foxynudes.com | http://www.foxynudes.com/ |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.foxynudes.com | http://www.foxynudes.com/ |
| 192.168.0.104 | 12/18/98 | 13:48 | www.foxynudes.com | http://www.foxynudes.com/ |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.foxynudes.com | http://www.foxynudes.com/ |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |

57a

| | | | | |
|---|---|---|---|---|
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:48 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:49 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |
| 192.168.0.104 | 12/18/98 | 13:49 | www.redrockbeach.c | http://www.redrockbeach.com/ocean1.wav |
| 192.168.0.104 | 12/18/98 | 13:49 | www.cyberpatrol.co | http://www.cyberpatrol.com/proxy/restrict.htm |

58a

1                    IN THE UNITED STATES DISTRICT COURT
2                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3    S███ S; and JOHN and        :
     MARY ELLEN S., on behalf     :
4    of their daughter, L████     :
     A██ S., a minor,             :
5                    Plaintiffs   :

6                    vs.          :    Civil Action No. 04-150E
                                  :
7    GIRARD SCHOOL DISTRICT;      :
     ROBERT SNYDER,               :    HONORABLE SEAN J. MCLAUGHLIN
8    Individually and in his      :
     capacity as Principal of     :
9    the Rice Avenue Middle       :
     School; and GREGORY          :
10   YARBENET, a professional     :
     employee of the Girard       :
11   School District,             :
                    Defendants    :    Jury Trial Demanded
12

13

14

                    Deposition of WENDY G█████, taken before and
15   by Carol A. Holdnack, RPR, Notary Public in and for
     the Commonwealth of Pennsylvania, on Friday,
16   September 23, 2005, commencing at 11:59 a.m., at the
     offices of Knox McLaughlin Gornall & Sennett, P.C.,
17   120 West Tenth Street, Erie, PA 16501.

18

19   For the Plaintiffs:
          Edward A. Olds, Esquire
20        1007 Mount Royal Boulevard
          Pittsburgh, PA 15223
21
     For the Defendants Girard School District and Robert Snyder:
22        Richard A. Lanzillo, Esquire
          Knox McLaughlin Gornall & Sennett, P.C.
23        120 West Tenth Street
          Erie, PA 16501
24
                    Reported by Carol A. Holdnack, RPR
25                  Ferguson & Holdnack Reporting, Inc.


59a

1

1     A.   It seemed to be a month to two months after.

2     Q.   After you spoke with Mr. Blucas, I understand that

3 you then went to a School Board meeting.

4     A.   Yes.

5     Q.   And do you recall the date of the meeting?

6     A.   No.  But it was at the same time when they were

7 trying to change kindergarten from half day to full day.  So

8 the media was there at that meeting because it was a big --

9     Q.   That was a big issue.

10     A.   -- big issue in Girard.

11     Q.   You signed up to speak during the public comment

12 section of the meeting; is that correct?

13     A.   Yes.

14     Q.   And do you recall what you stated that evening?

15     A.   Yes.  I said, I would like to know why the school

16 is allowing my daughter to be exposed to pornography on

17 Mr. Verga's computer in his classroom.

18     Q.   Normally, during a public comment session there's

19 no interplay between the speaker and the School Board.

20 Usually, people can just give their comments, and then they

21 move on eventually to the regularly-scheduled meeting.  My

22 question for you is, was there any interchange between you

23 and the Board members during the meeting or even after the

24 meeting?  Did you talk with anyone?

25     A.   There were two different meetings I went to, and

60a

1    they get a little mixed up.

2        Q.    That's fair.  Just tell me, the best you can

3    remember, from the first one.  And if you're not sure, just

4    tell me that too, not sure whether it was the first or

5    second.

6        A.    They told me that I couldn't talk about that,

7    right away.  And that they would meet with me in private

8    after the regular meeting.

9        Q.    Right.  When you say they couldn't talk with you,

10   they couldn't respond to your public comments during the

11   meeting itself?

12       A.    Yes.

13       Q.    All right.  But they would meet with you

14   afterwards to discuss your concerns.

15       A.    Yes.

16       Q.    All right.  And did you meet with anyone after the

17   meeting?

18       A.    Yes.

19       Q.    With whom did you meet?

20       A.    I don't remember their names.

21       Q.    Did you meet with members of the Board or with

22   some other individuals?

23       A.    The Board.

24       Q.    Okay.  Do you remember the names of any of the

25   individuals with whom you met?

61a

```
 1        A.    Tramontano, maybe.   I know I'm pronouncing that

 2   wrong.

 3             THE WITNESS:   What was it again?

 4        A.    I know I'm mispronouncing it.   Tramontato or

 5   some --

 6             MR. OLDS:   Excuse me.

 7        A.    I don't remember the names.

 8             MR. OLDS:   In one of the exhibits we had, you

 9             know, we probably have the list of Board members.

10             MR. LANZILLO:   Yes, I was looking for that.

11             MR. OLDS:   If you want to show me those things.

12             And maybe we could show her that list, and she

13             could look at a name.   Could I see the exhibits.

14        Q.    While Mr. Olds is looking for a list to refresh

15   your recollection, do you recall any other names at this

16   point, of individuals with whom you spoke after the meeting?

17        A.    No.   Because this would be the first time I had

18   ever met these people.

19        Q.    That's okay.   I'm just asking.

20             (Discussion held off the record.)

21        Q.    Ms. G███████ let me throw out some names to you,

22   and you tell me if any of these jog your recollection.   How

23   about Marilyn Vargulich.

24        A.    Yes.

25        Q.    Was she one of the Board member with whom you
```



1  spoke after the meeting?

2      A.   Yes.

3      Q.   How about Doug Wright?

4      A.   Yes.

5      Q.   Geri Moryc?

6      A.   Don't recall.

7      Q.   You mentioned John -- is it Tramontano?

8      A.   Yes.

9      Q.   And how about Kelly Weidler?

10      A.   Don't remember.

11      Q.   So at least at this point, you remember for sure

12  that you spoke with Mr. Wright, Mr. Tramontano, and

13  Ms. Vargulich after this first Board meeting, to the best of

14  your recollection.

15      A.   Yes.

16      Q.   All right.  And did you explain to them what your

17  daughter had told you?

18      A.   Yes.

19      Q.   And I guess you had done that at the meeting

20  earlier as well; is that right?

21      A.   During the meeting, they only let me get one

22  sentence out before I was silenced.

23      Q.   Oh, I see.  So they said, okay, this is -- when

24  you raised the issue, they told you that was a matter that

25  should be addressed outside of the public meeting.



1    A.   Very sternly they told me that.

2    Q.   Okay.  And then they met with you privately.  And

3  did you share the information that your daughter had shared

4  with you?

5    A.   Yes, everything.

6    Q.   And what did they say in response?  And tell me

7  who the speaker was, if you remember.

8    A.   I don't remember who spoke.  I don't believe they

9  told me anything as far as what would be done or anything on

10  that line.

11    Q.   Did they tell you the matter would be -- that they

12  would investigate the matter?

13    A.   I don't know.

14    Q.   Okay.

15    A.   But, once again, I felt unsatisfied with what

16  anyone had to tell me.

17    Q.   Did you expect them to take any formal action

18  against Mr. Verga at the meeting?

19    A.   Well, not at that moment.  But I had hoped they

20  would look into it and something would be done about it.

21    Q.   Do you know whether an analysis of Mr. Verga's

22  computer was later done by an outside consultant?

23    A.   Yes, later.  Not when I asked.  Not while he

24  was -- not at that point.  Nothing was done yet.

25    Q.   And what is your understanding as to what action,



1    if any, was taken against Mr. Verga by the School District?

2        A.    At this point, nothing seemed to be done yet.

3        Q.    Do you know whether anything was -- any action

4    was, in fact, taken against Mr. Verga?

5        A.    I don't understand the question.

6        Q.    Do you know whether the School District, for

7    example, prepared charges against Mr. Verga for immorality,

8    among other things?

9        A.    At this point, or at the end, or totally?

10       Q.    At any point.

11       A.    No, I don't believe anything was done.  Except for

12   asking him to resign.

13       Q.    Do you know whether the School District took

14   action to notify the Pennsylvania Board of Education

15   regarding his misconduct?

16       A.    No.

17       Q.    Do you have any knowledge concerning the

18   disposition of Mr. Verga's teaching certificate, his license

19   to teach in Pennsylvania?

20       A.    Someone had called me from the Board of Education

21   and told me that they had revoked his license to teach in

22   Pennsylvania.

23       Q.    Do you know where the information came from upon

24   which the Board of Education relied to revoke Mr. Verga's

25   license?



1   about attending a School Board meeting in early 1999.  And

2   then in Paragraph 9 you talk about your daughter.  And,

3   again, this is E█████████ correct?

4       A.   Yes.

5       Q.   Your daughter E████████ giving you a list of other

6   students who had seen Mr. Verga looking at pornography.

7       A.   Correct.

8       Q.   Do you recall the names of those students?

9       A.   Lori -- this is not the student's name.  The mom,

10  the one mother's name was Lori.  And she remarried, so I

11  can't remember her last name.  She was the manager of the

12  All Aboard Diner in Girard.

13      Q.   So her daughter?

14      A.   Her son.

15      Q.   Son.  Okay.

16      A.   There was a boy from Lake City, M██████.  M██████ is

17  the last name.  I think the -- B████, a girl.  I'm trying to

18  think of her first name.  S██████ B█████ is the mom.  I think

19  that was most of them.

20      Q.   Including E█████████ that's four.  Do you think

21  there may have been more?

22      A.   There might have been one or two more.

23      Q.   Can't recall at this point, but that's possible?

24      A.   Right.  E████████ would be able to --

25      Q.   Did E████████ indicate to you whether the other



65.1a

1    students had seen the material on Mr. Verga's computer at or

2    about the same time that E███████ had seen it?

3        A.    Different days, different classrooms.

4        Q.    Did you meet with the students, this group of

5    students?

6        A.    Yes.

7        Q.    This was at your home?

8        A.    Yes.

9        Q.    And how many of the students were actually -- were

10   actually there with you?

11       A.    Two or three other students with their parents

12   came over.

13       Q.    Do you remember the names of the students who were

14   at your home?

15       A.    M██████.  Lori's son.  I don't remember any other

16   names.

17       Q.    Did you or anyone, to your knowledge, circulate

18   any type of a flyer regarding this matter?

19       A.    Yes.

20       Q.    I have a copy of it here somewhere, but.

21             MR. OLDS:  Let's see if we can find that.

22             MR. LANZILLO:  I don't need it.  You can use it

23             later if you like.

24             MR. OLDS:  Okay.

25       Q.    How did you distribute that flyer?



26

1       A.    On windshields of cars.

2       Q.    Where?

3       A.    In Girard.

4       Q.    Throughout the town, or?

5       A.    Like maybe Giant Eagle parking lot, Brown Brothers

6  parking lot.

7       Q.    Do you remember when you distributed that flyer?

8       A.    No.  I had actually forgotten about it until you

9  just mentioned it.

10      Q.    Now, I understand that at some point some parents

11  and yourself went to the second School Board meeting.  Who

12  else was with you at that second meeting, do you recall?

13      A.    Judy S███████ who passed away, and her daughter.

14  And are you interested in people that their children weren't

15  directly involved, or?

16      Q.    Whoever accompanied you to the meeting.

17      A.    Sandy D██████, and her son.  My brother and his

18  wife.

19      Q.    Who is your brother?

20      A.    Bob.  Bob and Sheila S██████.  My husband.  There

21  were a lot of friends and people.

22      Q.    Were these all people with children in the Rice

23  Avenue Middle School --

24      A.    Yes.

25      Q.    -- or in the District?  And did you or anyone else



1    E████████.  And he liked to call her L█ when no one else
2    did, because that was his wife's name.
3         Q.   Well, what was your impression of Yarbenet before
4    you learned that he had been arrested?
5         A.   I thought he was very nice, very personable.  All
6    the kids liked him.  He even helped me once at Buyers Fair
7    in the parking lot put new wiper blades on my van.
8         Q.   Did you go to school in Girard?
9         A.   No.
10        Q.   Did your sister?
11        A.   Yes.
12        Q.   Did she have Yarbenet?
13        A.   I think so.
14        Q.   Did she ever tell you anything that she observed?
15        A.   No.
16        Q.   Did you ask her?
17        A.   No.
18             MR. LANZILLO:  Those are all the questions I have.
19             Mr. Olds may have some questions.
20
21                     CROSS-EXAMINATION
22    BY MR. OLDS:
23
24        Q.   I am going to have a couple questions, Ms. G█████.
25    The meeting that you had with Ms. DeMarco, she told you

67.1a

1   that -- what did she say about the discussion she had with

2   your daughter, in the sense of telling your daughter about

3   who -- whether to talk or not talk about this story?  What

4   did Ms. DeMarco tell you that she had said to your daughter?

5       A.    She -- she admitted she told E██████ not to say

6   anything.  But when talking to me, she thought E████████

7   understood that -- you know, that that didn't necessarily

8   mean her parents, but, you know, she was directing it more

9   towards other students.

10      Q.    That's what she --

11      A.    That's what she told me.

12      Q.    -- that she hoped to convey to E████████.

13      A.    Right.

14      Q.    But E████████ told you that she was under the

15  impression she shouldn't talk to anyone.

16      A.    Right.

17      Q.    Even you.

18      A.    Right.  And she was a very, very extremely

19  obedient child.

20      Q.    When E████████ first talked to you about it, how

21  did that -- the neighbor told you about it.  What do you

22  recall in that first conversation you had with E████████?

23      A.    When the neighbor called me up, E████████ was

24  still at school.  So when she came home from school, I asked

25  her about it and right away.  She said, yes, I did see that,

1    and I was told -- I said, why didn't you tell me.  And she

2    said, I was told not to tell you.  And I said, well, you

3    don't keep something like that from your mother.  And she

4    said that she was just obeying, that she was told not to

5    tell me.  And that's about it.

6        Q.    And did she say that at this time her friend --

7    had her friend seen the pictures also, or was it just

8    E████████?

9        A.    Her friend did not see the pictures.  She just

10   confided in her friend.

11       Q.    Okay.  So her friend knew.  And then this would

12   have been when E████████was in fifth grade?

13       A.    No, I believe it was sixth grade.

14       Q.    Sixth grade.  Okay.  That's right.  And then she

15   would have had Mr. -- if she was in sixth grade, she would

16   have had Mr. Verga and Mr. Yarbenet the same year; is that

17   right?  Because he was sixth grade science teacher.

18       A.    I believe you're right.  Because at one point when

19   all this was going on and we were trying to get the school

20   to listen to us, Mr. Yarbenet said to one of the girls in

21   the hallway, you keep up the good work, you go get him, you

22   know.

23       Q.    Did he?

24       A.    Um-hum.

25       Q.    So you -- the first School Board meeting you

67.3a

41

1    attended -- you attended two consecutive School Board

2    meetings; is that right?

3        A.    Yes.

4        Q.    And do you know whether the question about all-day

5    kindergarten, was that a topic of both School Board meetings

6    or --

7        A.    Both.

8        Q.    It was the topic of both.  Was there news media at

9    either of the School Board meetings?

10        A.    Yes.

11        Q.    Now, at some point did you or any of the parents

12    associated with you talk to the news media about this issue?

13        A.    Yes.

14        Q.    Would that have been at the second meeting?

15        A.    I believe both.

16        Q.    And so tell me why you had the meeting, after the

17    first School Board meeting that you attended and you spoke

18    to the School Board members, tell me why you asked other

19    parents to come to your house.

20        A.    I had asked them to come to my house because we

21    had the news media coming as well.  And I felt completely

22    ignored by the school.  And I felt nothing was being done.

23    So as of going down the line from the principal, to the

24    superintendent, to the School Board, and still feeling like

25    nothing was being done, I thought I would make it public.



1      Q.    And so there was news media at your house that
2  night too?
3      A.    Yes.
4      Q.    From which -- was it newspaper or TV?
5      A.    TV.
6      Q.    And was there a -- was there a camera?  Did you
7  make the news?
8      A.    Yes.  Yes.
9      Q.    You made the news.
10     A.    Yes.
11     Q.    And then after that you attended another School
12  Board meeting with all these other parents; is that right?
13     A.    I don't remember which came first.
14     Q.    So you don't recall whether it was in the news --
15  in the media before you attended the second meeting, or?
16     A.    It probably was.  The meeting probably was before
17  the second School Board meeting, but I'm not.
18     Q.    The meeting in your house?
19     A.    Yes.
20     Q.    But it might have been after?
21     A.    Right.
22     Q.    But at the second Board meeting, you weren't the
23  only parent to attend that Board meeting.
24     A.    Correct.
25     Q.    About this issue.

68.1a

1      A.   It was a full house at the Board meeting.

2      Q.   And did anyone try to talk at that meeting before

3   the meeting?  In other words, did any -- did either you or

4   the other parents make a presentation to the School Board

5   before you had the private meeting afterwards?  In the

6   public part of the meeting, was there any efforts to discuss

7   this matter?

8      A.   I don't remember that.

9      Q.   And you say that there was a packed house?

10     A.   Yes.

11     Q.   When you say that, how many parents do you think

12  were there?

13     A.   30, 40.  Extra chairs were brought in.

14     Q.   Now, at some point, even before this second

15  meeting, I think you testified that you had a conversation

16  with Mr. Snyder, and you told him you didn't want your

17  daughters in Mr. Verga's class anymore.

18     A.   Correct.

19     Q.   And do you recall what else was said in that?  Did

20  he say that he would accede to your request and remove your

21  daughters from that class?

22     A.   Yes.  He seemed understanding and willing to take

23  care of my request.

24     Q.   In your affidavit, Paragraph No. 10, you made

25  the state -- you made the statement that, "At the Board



1    meeting one of the Board members called us a Bible-thumbing

2    witch hunter.  He accused us of using Nazi tactics."  Is

3    that an accurate statement?

4       A.    Yes.   That was -- now that I've heard some of the

5    Board members' names, that was that Tramontano had said

6    that.

7       Q.    Okay.  And --

8       A.    He -- sorry.  He did --

9       Q.    Go ahead.

10      A.    He did calm down shortly afterwards and apologized

11   for saying that, but it had already been said.

12      Q.    And was that in the public part of the meeting?

13      A.    Yes.

14      Q.    Okay.

15      A.    He was upset that -- he was upset that we brought

16   the media in on the whole issue.

17      Q.    Mr. Lanzillo asked you about leaflets.  And this

18   was -- this was marked as part of the Deposition Exhibit 4

19   in the Perhacs deposition.  That was the fourth page of

20   that.  Have you ever seen that document before?

21      A.    Yes, I have.

22      Q.    It says, "To all Girard parents of middle school

23   students.  Are you aware that students at the middle school

24   have seen a teacher viewing pornography during class on the

25   Internet on several different occasions?  A complaint has

68.3a

1  been made by some students and parents to the principal and

2  superintendent.  This teacher continues to sit in a

3  classroom with our children.  If you're a concerned parent,

4  please contact your principal and superintendent and voice

5  your opinion."  Were you responsible for that, or what --

6      A.  I was partially responsible for that.

7      Q.  Tell me how it came about that that leaflet was

8  prepared.

9      A.  I talked with my friend Sandy D▬▬, who is a

10  mother of one of the students in the same grade, who was

11  very concerned, as I was.  And we came up with it together.

12  I typed it.  I printed it out.

13      Q.  And I take it that you distributed it as well; is

14  that right?

15      A.  We both did.

16      Q.  Do you recall in reference to these two Board

17  meetings, when that was?

18      A.  No.  Definitely after the first, but I don't know

19  if it was before or after the second.

20      Q.  Up until the time of the second Board meeting, did

21  anyone ever tell you that the School District was, in fact,

22  investigating Verga?

23      A.  I don't recall.

24      Q.  Now, you indicated that when Mr. Yarbenet was

25  arrested you picked up your daughters, and you wanted to

1  talk to them before that hit the news; is that right?

2      A.    Correct.

3      Q.    And you said that they said that they knew?  Or

4  they knew that he was going to be arrested, or that they

5  knew about him?  I guess I didn't understand your answer.

6      A.    They knew -- they were commenting that they knew

7  S▮▮▮ was his girlfriend.

8      Q.    Now, this was -- by this time your daughters were

9  in the Girard Christian Alliance School; is that right?

10     A.    Yes.

11     Q.    Had they been friends with S▮▮▮ do you know?

12     A.    No.

13     Q.    They had not been friends.

14     A.    No.

15     Q.    But they told you that they knew she was his

16  girlfriend?

17     A.    Um-hum.

18     Q.    You should say yes or no --

19     A.    Yes.  Sorry.

20     Q.    -- so the court reporter --

21     A.    Sorry.

22     Q.    And did you ask them how they knew, or?

23     A.    Yes.

24     Q.    Tell me what they said.

25     A.    They said, everyone knew, were their words.  They

68.5a

1   said that S▮▮▮ was in his classroom at all possible times.

2   She would get passes out of study hall to his classroom.

3   She would be in his classroom when it was their class period

4   even though it wasn't her class period.  She would sit at

5   his desk.  She would be like a teacher's helper in his

6   classroom.  They said that kids would giggle and laugh and

7   say, oh, there's Yarbenet's girlfriend.  They referred to

8   her as that.

9       Q.   In your affidavit you mentioned that they talked

10  to you about the storeroom next to Yarbenet's classroom.

11  That's in Paragraph 15 of your affidavit.

12      A.   Yes.

13      Q.   What did they say about that?

14      A.   Well, they said they would see S▮▮▮ and

15  Mr. Yarbenet coming in and out of the storeroom,

16  classroom -- storeroom, closet, or.

17      Q.   Your affidavit says that the kids would giggle and

18  joke about what was going on in the storeroom.  Did they

19  tell you about that also, your daughters?

20      A.   Yes.  The girls had said that, that kids would

21  giggle and joke.

22      Q.   Okay.  In this period of time when -- after you

23  went to Mr. Snyder about Mr. Verga, did you ever interact or

24  have any encounters with Mr. Verga himself?

25      A.   I tried to once.  My friend Sandy D▮▮▮▮▮ was

68.6a

48

1  meeting with him about a different topic.  And on the spur

2  of the moment, I tried to invite myself to that meeting.

3  And as we were in the office waiting for him to come out and

4  meet with her, and I stood up as well and hoped to go in to

5  meet with him too, and he stopped me and said that -- he

6  very abruptly stopped me and said that he would not speak to

7  me.  So I left.

8          MR. OLDS:  I don't have any other questions.

9          Thank you.  Mr. Lanzillo might have a few other

10         ones.

11         MR. LANZILLO:  Just a couple.

12

13                 REDIRECT EXAMINATION

14 BY MR. LANZILLO:

15

16     Q.    You had mentioned that, I think it was the second

17 Board meeting, there was a packed house at the Board

18 meeting.

19     A.    (Witness nods head.)

20     Q.    Yes?

21     A.    Yes.  Sorry.

22     Q.    That's all right.  Do you know how the crowd broke

23 down between people there on the kindergarten issue versus

24 people there on the Verga issue?

25     A.    It was probably 80 percent Verga issue, 20 for the

67.7a

49

1        IN THE UNITED STATES DISTRICT COURT
2     FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3  S██████ S; and JOHN and          :
   MARY ELLEN S., on behalf         :
4  of their daughter, L████         :
   A██ S., a minor,                 :
5           Plaintiffs              :
                                    :
6           vs.                     :
                                    :   Civil Action No. 04-150E
7  GIRARD SCHOOL DISTRICT;          :
   ROBERT SNYDER,                   :
8  Individually and in his          :   HONORABLE SEAN J. MCLAUGHLIN
   capacity as Principal of         :
9  the Rice Avenue Middle           :
   School; and GREGORY              :
10 YARBENET, a professional         :
   employee of the Girard           :
11 School District,                 :
           Defendants              :   Jury Trial Demanded
12
13
14
15         Deposition of RICHARD PERHACS, taken before and
   by Carol A. Holdnack, RPR, Notary Public in and for
16 the Commonwealth of Pennsylvania, on Friday,
   September 23, 2005, commencing at 9:44 a.m., at the
17 offices of Knox McLaughlin Gornall & Sennett, P.C.,
   120 West Tenth Street, Erie, PA 16501.
18
19 For the Plaintiffs:
20      Edward A. Olds, Esquire
        1007 Mount Royal Boulevard
21      Pittsburgh, PA 15223

22 For the Defendants Girard School District and Robert Snyder:
        Richard A. Lanzillo, Esquire
23      Knox McLaughlin Gornall & Sennett, P.C.
        120 West Tenth Street
24      Erie, PA 16501

25         Reported by Carol A. Holdnack, RPR
        Ferguson & Holdnack Reporting, Inc.

69a

1  forwards a -- I guess a Board resolution authorizing charges

2  to be brought against Mr. Verga; is that right?

3      A.   Yes.

4      Q.   Okay.  And that's dated April 6, 1999.  Do you

5  recall before April 6th, 1999 at what point you were

6  contacted by Mr. Blucas?

7      A.   No, I don't.  Obviously, it was before that.  My

8  guess is it would have been sometime in February or March.

9  This is sort of the -- this document reflects sort of the

10  end stage of our consideration of Mr. Verga and whether

11  action should be taken.  So this does not help me determine

12  when he initially called me.  My guess, and it's a

13  speculation, would have been perhaps a month or more

14  earlier, because it takes time to consider things and

15  prepare these and so forth.

16      Q.   In terms of taking a step like this, are you

17  dealing with principally Mr. Blucas?  Is that your contact

18  person with the Board, or is there someone else at the

19  Board?

20      A.   It would have been exclusively Mr. Blucas.

21          MR. LANZILLO:  Just for clarification, Mr. Blucas

22          is the superintendent.

23          MR. OLDS:  Superintendent, that's right.

24      Q.   And so you would deal with the superintendent, as

25  opposed to dealing with particular Board members; is that

70a

1  right?

2      A.    Correct.

3            MR. LANZILLO:  Objection to form.  I didn't get

4            that in.

5            MR. OLDS:  That's fine.

6      Q.    Do you recall whether you spoke to anyone other

7  than Mr. Blucas at the School District concerning -- well,

8  prior to sending him this letter?  And, specifically, I want

9  to know if you spoke to Mr. Snyder, or Gayla DeMarco, or

10 anyone else in the Administration, concerning Anthony Verga.

11     A.    I have no recollection of speaking to anybody but

12 Mr. Blucas about this matter.

13     Q.    And Mr. Blucas would have provided you the

14 information -- I take it that you did the charges which are

15 part of Exhibit 2; is that right?

16     A.    That's correct.

17     Q.    Mr. Blucas would have provided you with the

18 information that allowed you to prepare the charges.

19     A.    Correct.  Mr. Blucas and I undoubtedly had a

20 number of conversations, probably in person and on the

21 telephone, about Mr. Verga and how we ought to proceed.

22     Q.    Now, the charges say that Mr. Verga on two days,

23 December 18th [sic] and December 18th, attempted to access

24 Internet sites that contained explicit sexual content.  I

25 take it those were school days; is that right?

71a

1     Q.   And, again, looking at the date at the top, the

2     press release is undated.  But there's a fax impression,

3     March 23, '99, Tuesday, at 11:23.  Do you have any knowledge

4     about how that date relates to when the press release was

5     issued?

6     A.   No, I really don't.

7     Q.   The next item in Exhibit 4 is a confidential --

8     there's confidential written at the top.  It's to Tony Verga

9     from Bob Snyder, dated December 18th, 1998.  And are you

10    familiar with this document?

11    A.   I have seen it.  It was provided to me along with

12    all the things that the District sent to me.

13    Q.   Now, you saw the document, but I think you

14    indicated that you never spoke to Mr. Snyder about the

15    factual background of this case.

16    A.   I have no recollection of having spoken directly

17    with Mr. Snyder about this matter.

18    Q.   And what's your understanding of this

19    December 18th, 1998 memo?  First of all, do you know where

20    it came from?

21    A.   Well, it was provided to me by the District.  And

22    I am assuming that it is what it appears to be.  It's

23    something that Mr. Snyder wrote to Mr. Verga on

24    December 18th, '98.  And by way of background, Mr. Blucas

25    would have provided it to me.  Because I usually ask for all

15

1      Q.    There is a -- the next document is a newspaper --

2   photocopy of a -- apparently, a letter to the newspaper.

3   And there's a handwritten notation on it, 3/9/99, Morning

4   News.  Do you know where this document comes from?

5      A.    From the newspaper, I assume.  It looks like a

6   copy of our local paper.

7      Q.    Do you know whether this document is in your file?

8      A.    I believe it is.

9      Q.    So do you know whether it came from your file?

10     A.    Again, I don't know how you got the document.  You

11  might find a copy of it somewhere at the District.  I don't

12  know.  It's in mine.

13     Q.    And do you recognize the handwriting there?

14     A.    It's not mine, I don't think.  I'm not sure whose

15  it is.

16     Q.    There's a blank sheet of paper.  And then the next

17  item is Mr. Verga's resignation; is that right?

18     A.    It appears so.

19     Q.    And then there's some handwritten notes.

20     A.    Um-hum.

21     Q.    Do you recognize whose notes those are?

22     A.    This appears to be my handwriting.

23     Q.    For all three pages, do you believe that to be

24  your handwriting?

25     A.    The blank sheet tucked in here.  This appears to

73a

1    be -- this appears to be some notes of mine.

2         Q.    And these are undated, I take it.

3         A.    Um-hum.

4         Q.    Right?

5         A.    Yeah.  I could not tell you when this was written.

6         Q.    The first reference are two -- are references to

7    two names at the top of the first of the pages.

8         A.    Um-hum.

9         Q.    Can you read that for me.

10        A.    Those are -- Joel Dieteman is the first one.  And

11   the second one looks like Chuck Dieteman.  My handwriting,

12   obviously, is not very good.

13        Q.    Better than mine.

14        A.    Those are, I believe, people associated with the

15   consultants who examined the computer.

16        Q.    Let's just go through these notes, and tell me --

17   if you could read through them and, first of all, interpret

18   them for me.  And then if I have any questions, I'll ask

19   them.  Can you read the notes for me.

20        A.    Best I can.  December '98.  Students went to

21   DeMarco, who was a counselor, and said they saw things --

22   not sure what the last three words are.  Some of this, the

23   copying isn't real good.  Two went together.  That would

24   mean two students.  Inadvertent is the next word.  Class

25   time.  It looks like business or bus students assigned to

74a

1    something staff.  Students went to Bob Snyder, principal.

2    Snyder confirmed.  Verga said he was surfing.  It was an

3    accident.  And then I have Snyder.  And then that's a little

4    arrow.  I'm not sure what that means.  Memo.  Three months

5    later flyers on cars.  No complaints to Board or

6    Administration.  Seven students all said they saw it.

7    Interviewed by -- BL would be Blucas, I think.  Charges.

8    Lying about accidental.  Repeated negligence.  Immorality.

9    And I think the last one is misuse of school property.  And

10   first word, I don't know.

11        Q.    This would be on the final page.

12        A.    Final page.  Something Verga.  It looks like it

13   starts with an A, but I'm not sure what it is.  Number one

14   says add time.  Number two says Joel -- call Joel Dieteman

15   at Softek and ask him if we can reconstruct other days.  And

16   number three says fill in dates of access, dash, lie to

17   principal.  Those were -- these would appear to be some

18   notes relating to how the charges would be prepared.

19        Q.    Okay.

20        A.    I've read you what's on it.

21        Q.    And then the one entry that says three months

22   later, flyers on car, do you know if that's referring to the

23   flyer that we've already talked about?

24        A.    It would appear so.  It would appear so.

25        Q.    So is it safe -- I'm going to construe this note



27

**Page 1**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3   S████ S.; and JOHN AND    : HONORABLE SEAN J. MCLAUGHLIN
     MARY ELLEN S., on behalf  :
 4   of their daughter, L████  :
     A██ S., a minor,          :
 5        Plaintiffs           :
                               :
 6        v.                   : Civil Action No. 04-150E
                               :
 7   GIRARD SCHOOL DISTRICT;   :
     ROBERT SNYDER, Individually;
 8   and in his capacity as    :
     Principal of the Rice     :
 9   Avenue Middle School; and :
     GREGORY YARBENET, a       :
10   professional employee of  :
     the Girard School         :
11   District,                 :
          Defendant            : Jury Trial Demanded
12
13
14
15        Deposition of GREGG MCCLELLAND, taken before
16   and by Sonya Hoffman, Notary Public in and for the
17   Commonwealth of Pennsylvania on May 26, 2005,
18   commencing at 1:09 p.m., at the offices of Knox
19   McLaughlin Gornall & Sennett, P.C., 120 West
20   Tenth Street, Erie, PA 16507.
21
22
23
24
25            Reported by Sonya Hoffman
              Ferguson & Holdnack Reporting, Inc.
```

1

**Page 2**

```
 1           A P P E A R A N C E S
 2   For the Plaintiffs:
 3        Edward A. Olds, Esquire
          1007 Mount Royal Boulevard
 4        Pittsburgh, PA 15223
 5   For the Defendants:
 6        Richard A. Lanzillo, Esquire
          Neil R. Devlin, Esquire
 7        Knox McLaughlin Gornall & Sennett, P.C.
          120 West Tenth Street
 8        Erie, PA 16507
 9
10
11              I N D E X
12
13   GREGG MCCLELLAND
14        Direct Examination by Mr. Olds . . . . . . . . 3
15
16
17            E X H I B I T S
18
19   McClelland Deposition Exhibit No. 1. . . . . . .23
20   McClelland Deposition Exhibit No. 2. . . . . . .33
21   McClelland Deposition Exhibit No. 3. . . . . . .36
22   McClelland Deposition Exhibit No. 4. . . . . . .39
23   McClelland Deposition Exhibit No. 5. . . . . . .43
24
25
```

2

**Page 3**

```
 1        G R E G G   M C C L E L L A N D, first having
 2        been duly sworn, testified as follows:
 3
 4                DIRECT EXAMINATION
 5   BY MR. OLDS:
 6
 7        Q.   Mr. McClelland, I want to apologize for keeping
 8   you waiting here.  Sorry we got hung up and I want to
 9   apologize.  I really hate to wait myself, so if you're
10   irritated, I can understand it, and accept my apology and
11   I'll try not to have that happen again, okay?
12        A.   Okay.
13        Q.   You're employed with the Girard School District
14   now; is that right?
15        A.   That's correct.
16        Q.   And what is your current position?
17        A.   High school principal.
18        Q.   How long have you worked for Girard?
19        A.   Since January of '99.
20        Q.   Okay.  Where did you work before that?
21        A.   At St. Mary's School District.  I was a high
22   school guidance counselor for one and a half years and the
23   middle school guidance counselor for four years.
24        Q.   And what's your educational background?
25        A.   Bachelor's degree from Edinboro University in
```

3

**Page 4**

```
 1   history.  Master's degree in student personnel services and
 2   then a guidance certificate from Edinboro.  And then
 3   secondary administration certificate from Edinboro.  And
 4   superintendent's certificate from Westminister College.
 5        Q.   And what kind of courses or what kind of work do
 6   you have to do to get those administrative certificates, the
 7   secondary certificate and the superintendent certificate?
 8        A.   There's courses about physical plant, learning
 9   about taking care of buildings, high schools.  Financial
10   classes, how to do budgets, administrative courses.
11        Q.   Before you worked for St. Mary's, were you working
12   in the educational field?
13        A.   No.  I was in the United States Navy.
14        Q.   And what was your — tell me a little bit about
15   your time in the service.  What were you ranks and what did
16   you do?
17        A.   I was an E-4 Petty Officer, Third Class.  And I
18   was a Galla linguist.
19        Q.   What kind of linguist?
20        A.   It's a language spoken in the Phillipines.
21        Q.   And how long were you in the Navy?
22        A.   For four years and nine months.
23        Q.   And are you from — were you born in this area?
24        A.   In Platea, which is about five miles from Girard.
25        Q.   And St. Mary's, where is that located?
```

4

76a          F-1

**Page 17**

1  A.  I received a phone call, and I don't recall the
2  lady's name, she was an adult that had went -- or was at
3  Pleasant Ridge Manor in the spring, I believe, it was 2001,
4  it was a field trip, some of our students had went down
5  there.
6      And she wanted to report that she felt uneasy
7  seeing Mr. Yarbenet and Ms. ███████ sitting away from the
8  rest of the students at a picnic table during lunch that
9  day.  She said that she did not see him touch her or do
10  anything inappropriate, but they were -- she just felt
11  uneasy because they were sitting side by side and talking
12  very close, and she just thought that it was strange to see.
13  Q.  Did you ask the woman to identify herself?
14  A.  At that point she did.  Like I said, I don't
15  recall.  I went over and I reported it to Mr. Snyder.
16  Q.  Okay.  We had identified -- let me see if I can
17  find it.  Do you recall anything else that this lady told
18  you other than what you've related today?
19  A.  No.  To the best of my recollection, that was it.
20  Q.  And did she tell you that what she had observed
21  had made her upset?
22  A.  Yes.
23  Q.  And did she say that they were acting like
24  boyfriend and girlfriend?
25  A.  I couldn't recall if that's her exact words, but

**Page 19**

1  A.  Correct.
2  Q.  Did Mr. Snyder say anything about S███ when you
3  told him that, you know, someone called me about -- and said
4  that Yarbenet and S███ were sitting apart and sitting on
5  the same side of the table and it made the lady feel sort of
6  nervous, did Mr. Snyder indicate that he knew S███ or knew
7  of her?
8  A.  He would have -- you know, being a student, he
9  knew most of the students in the school, but I don't what he
10  said.
11  Q.  But you didn't know her; did you?
12  A.  To recall her now, no.  But back in school, like I
13  said, I really had no interaction with her.
14  Q.  Would it be possible that you might -- not -- that
15  you might not even know -- associate her face with her name?
16  A.  Correct.
17  Q.  So tell me what you recall about the meeting with
18  Mr. Yarbenet.
19  A.  Mr. Snyder explained to him that I had received a
20  phone call about the class trip.  And then he asked me to --
21  I believe he asked me to tell Mr. Yarbenet what the lady had
22  said and he wanted Mr. Yarbenet's explanation of what
23  happened.
24  Q.  And what did Mr. Yarbenet say?
25  A.  He said that he and the ███████ family were

**Page 18**

1  it made her feel uneasy that they were sitting side by side.
2  Q.  Who was the sexual harassment officer at the
3  school at that time?
4  A.  That would have been myself.
5  Q.  Can you tell me what training you had concerning
6  sexual harassment?
7  A.  Really, none.
8  Q.  Okay.  So the lady called you; do you know why the
9  lady called you?
10  A.  No, I don't.
11  Q.  Was it Cynthia S███?
12  A.  I -- honestly, I can't recall.
13  Q.  And so you went and talked to Mr. Snyder about it.
14  A.  Correct.
15  Q.  Tell me what Mr. Snyder said to you.
16  A.  He said we need to get Mr. Yarbenet down and have
17  a meeting right away, and we did.
18  Q.  And I suppose that you related to Mr. Snyder the
19  content of the conversation that you had with the lady?
20  A.  Correct.
21  Q.  And did you meet with Mr. Yarbenet that same day?
22  A.  I can't recall if it was that afternoon or the
23  next morning.
24  Q.  But it was -- the lady had specifically mentioned
25  the student that she was concerned about was S███████?

**Page 20**

1  friends outside of school and that S███ was like a -- he
2  considered her a confidant.  She helped him get over the
3  death of his first wife, she listened to him as he spoke
4  about it, and that's what he was doing that day.
5  Q.  Did that seem like a preposterous story to you?
6  A.  It -- I wouldn't have done that.  I wouldn't have
7  had a young student be a confidant to me, no.
8  Q.  I mean, did that raise any flags in your head that
9  the teacher on any level was having an inappropriate
10  relationship with this student?
11  A.  It was definitely different, yes.
12  Q.  Teachers don't necessarily have a right to impose
13  their psychological traumas and burdens on students; do
14  they?
15  A.  They shouldn't, no.
16  Q.  Did Mr. Yarbenet say anything else that day?
17  A.  No.  He -- well, he just said there was nothing
18  inappropriate going on and basically that S███ was his
19  close friend, and she just listened to him when he was going
20  through the grieving process about his wife.  And that's
21  about the best I can recall him saying.
22  Q.  Did you understand when his wife died?
23  A.  That happened before I came to Girard.
24  Q.  Did you ever meet his new wife?
25  A.  Yes, I did.

77a        F-3



1   Q.  And did he have a son?

2   A.  Yes.

3   Q.  Who was the mother of his son, the new wife or the

4 old wife?

5   A.  I'm not positive. I thought it was the second

6 wife, but I'm not sure though.

7   Q.  So the first wife must have died some time ago

8 because the son was 11 or 12 at that time, right?

9   A.  At that time, I believe he was in 6th grade — or

10 he ended up — when I — when he left, when Mr. Yarbenet

11 left, I believe his son would have been in about 7th grade,

12 somewhere in there.

13   Q.  After Mr. — you confront Mr. Yarbenet with the

14 statement made by the lady who called you and Mr. Yarbenet

15 gives his defense, what's going on, what was said after

16 that? Did anyone else talk at the meeting?

17   A.  Mr. Snyder just — he told Mr. Yarbenet, you know,

18 he should be careful because to people that don't know him

19 or, you know, S▓▓ it does not look good and he should not

20 put himself in that position.

21   Q.  So Mr. Snyder told him to be careful?

22   A.  Yeah, the best that I can recall. And he was not

23 to be, you know, in that position anymore.

24   Q.  Was there any suggestion that you call S▓▓

25 mother and tell S▓▓ mother what the lady had said to

---

1 about a 12-or-13-year-old girl being his confidant for his

2 psychological problems; is that right?

3   A.  True.

4   Q.  By any chance, after that meeting, did you have

5 any conversations with any teachers to see if the teachers

6 had observed anything inappropriate concerning Yarbenet's

7 relationship with S▓▓?

8   A.  Not that I recall, no.

9      (McClelland Deposition Exhibit No. 1 marked for

10     identification.)

11   Q.  I'm going to mark this as Exhibit No. 1.

12 Mr. McClelland, you've probably never seen this, this is the

13 police report that was generated in this case as a result of

14 the police investigation. Maybe I shouldn't assume that

15 you've never seen it, but have you ever seen it before?

16   A.  I don't believe so, no.

17   Q.  Can you look at the document — you can look at —

18 take your time looking through this, if you want, I'm going

19 to direct — I'm going to ask you some questions from

20 information that's on 1080, it's stamped here at the bottom,

21 1080; but you can take as much time as you want looking

22 through the document.

23   A.  (Witness reviews document.)

24   Q.  Have you had a chance to look at that?

25   A.  (Witness nods head.)

---

1 you?

2   A.  I don't recall if he told me to do that or not.

3   Q.  You didn't call S▓▓ mother; did you?

4   A.  Not that I recall, no.

5   Q.  You didn't call S▓▓ father?

6   A.  No.

7   Q.  And it was your impression, and I take it from

8 this meeting, that what Ms. S▓▓ was saying was that she

9 was telling you that she had perceived the activities

10 between Yarbenet and S▓▓ he was too close to her. I

11 mean, it wasn't what a teacher would — it wasn't conduct

12 that you would think a teacher would engage in; is that

13 right?

14      MR. DEVLIN: Object to the form, it assumes

15     facts —

16     MR. OLDS: Just let him answer the question.

17   Q.  Is that right, Mr. McClelland?

18   A.  Because they were sitting side by side it made her

19 feel uneasy.

20   Q.  But that Yarbenet was doing something that a

21 teacher shouldn't be doing, that's what upset her; is that

22 right?

23   A.  She thought it was strange that he was sitting

24 that close.

25   Q.  And you thought it was strange that he talked

---

1   Q.  I wanted to, I guess in particular, refer you to

2 the part where Ms. Seneta was interviewed. I think you said

3 that — I forget whether you said that you knew Mr. Seneta

4 before you came here.

5   A.  It was — it's not her husband.

6   Q.  It's a different Seneta?

7   A.  Yeah. She's married to this — Mr. Seneta that

8 was a teacher at the school, she's married to, I believe,

9 it's his cousin.

10   Q.  I guess my question is: Did Ms. Seneta ever have

11 any conversations with you in which she reported to you that

12 she had seen things that made her uncomfortable?

13   A.  Not that I recall with her having a conversation

14 with me, no.

15   Q.  Okay. You indicated, I guess, that after the

16 meeting with Yarbenet, you didn't call S▓▓ mother or

17 father, right?

18   A.  Correct.

19   Q.  And you didn't investigate, you didn't talk to any

20 other teachers or any other professionals to see if they had

21 observed anything inappropriate with Yarbenet; is that

22 right?

23   A.  As best as I can recall, correct.

24   Q.  You said that you might have been involved in

25 another conversation with Yarbenet and Snyder, remember

T8a       F-4



Page 1

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2

3  S█████ S; and JOHN and    :
  MARY ELLEN S., on behalf  :

4  of their daughter, L████  :
  A██ S., a minor,       :

5           Plaintiffs    :

6      vs.           :   Civil Action No. 04-150E

7  GIRARD SCHOOL DISTRICT;  :
  ROBERT SNYDER,        :   HONORABLE SEAN J. MCLAUGHLIN

8  Individually and in his  :
  capacity as Principal of  :

9  the Rice Avenue Middle    :
  School; and GREGORY      :

10  YARBENET, a professional  :
  employee of the Girard    :

11  School District,       :
        Defendants     :   Jury Trial Demanded

12

13

14         Deposition of ROBERT SNYDER, taken before and

15  by Carol A. Holdnack, RPR, Notary Public in and for
  the Commonwealth of Pennsylvania, on Friday,

16  April 8, 2005, commencing at 10:00 a.m., at the
  offices of Knox McLaughlin Gornall & Sennett, P.C.,

17  120 West Tenth Street, Erie, PA 16501.

18  For the Plaintiffs:

19     Edward A. Olds, Esquire
     Carolyn Spicer Russ, Esquire

20     1007 Mount Royal Boulevard
     Pittsburgh, PA 15223

21

22  For the Defendants:
     Richard A. Lanzillo, Esquire

23     Knox McLaughlin Gornall & Sennett, P.C.
     120 West Tenth Street

24     Erie, PA 16501

25         Reported by Carol A. Holdnack, RPR
       Ferguson & Holdnack Reporting, Inc.

Case 1:04-cv-00150-SJM    Document 40-4    Filed 10/06/2005    Page 42 of 48
Stacy S. v. Girard School District, et al.
Robert Snyder

Page 26

1    Q.  What do you recall?
2    A.  I recall Mrs. Seneta saying that she had seen
3  Stacy in Mr. Yarbenet's room on some occasions.
4    Q.  Alone?
5    A.  Alone.
6    Q.  And did -- do you recall her saying anything about
7  the two were very close?
8    A.  I do not.
9    Q.  You observed those two together, didn't you?
10    A.  What two?
11    MR. LANZILLO:  Stacy and Yarbenet?
12    Q.  Stacy and Yarbenet.  You observed them together,
13  didn't you?
14    A.  I do not recall seeing them together just the two
15  of them.
16    Q.  Well, for instance, you would observe Yarbenet
17  walking Stacy home after school, wouldn't you?
18    A.  I myself observed that once.
19    Q.  And what were they doing?
20    A.  Walking.
21    Q.  And where were they walking?
22    A.  On Rice Avenue.
23    Q.  And how far from the school?
24    A.  Just within a block or two.
25    Q.  And where were you when you observed it?

Page 27

1    A.  Driving on Rice Avenue.
2    Q.  And did it occur to you that there might be
3  something wrong with that situation?
4    A.  No.
5    Q.  Why not?
6    A.  Because I had seen Mrs. Shaffer pick up
7  Mr. Yarbenet at Rice Avenue Middle School previous to that.
8  And I -- Mr. Yarbenet had told me that he was getting rides
9  home from Mrs. Shaffer at Elk Valley, and that he would walk
10  there.
11    Q.  When did he tell you that?
12    A.  I cannot put a date on it.
13    Q.  Then was he walking -- did he tell you that he was
14  walking with Stacy?
15    A.  No, he said that he was walking to Elk Valley to
16  get a ride with Mrs. Shaffer.
17    Q.  You never talked to Mrs. Shaffer to see whether it
18  was okay with her for Yarbenet to be alone with Stacy, did
19  you?
20    A.  No.
21    Q.  Did you ever talk to Stacy's father?
22    A.  No.
23    Q.  Did you ever talk to Leigh Ann's mother or father
24  about whether it was appropriate for her to be with Yarbenet
25  alone?

Page 28

1    A.  No.
2    Q.  Now, the police report -- did you ever see
3  Yarbenet with Stacy in the hallways?
4    A.  Not that I recall.
5    Q.  What about with Leigh Ann, did you ever see
6  Yarbenet talking and walking with Leigh Ann in the hallways?
7    A.  Not that I recall.
8    Q.  Did you ever see him with students in the
9  hallways?
10    A.  Yes.
11    Q.  What was his demeanor?
12    MR. LANZILLO:  When?
13    Q.  When you saw him with students in the hallways.
14    A.  Well, generally, I would see him in the hallway
15  with students during class change.  And all the teachers are
16  to be out in the hall at that time.  So they're just
17  monitoring at that time.
18    Q.  Okay.  You never saw him walking with students in
19  the hallways; is that right?  Walking with girl students in
20  the hallways, you never saw that?
21    A.  No.
22    Q.  And you never saw him -- did you ever see him hug
23  girl students?
24    A.  Not that I recall, no.
25    Q.  Was it a violation of any policy that you know of

Page 29

1  for a middle school teacher to hug a female student?
2    MR. LANZILLO:  Objection to form.  Go ahead.
3    A.  Not that I know of.
4    Q.  Do you recall Ms. Seneta saying to the police that
5  when she would come into Yarbenet's room and Yarbenet was
6  there with Stacy, that she felt she was interrupting
7  something?
8    A.  I do not recall her saying that.
9    Q.  Do you recall her saying anything like that?
10    A.  I recall her saying that there were times when she
11  would go into the closet from her side of the room and find
12  them in there.
13    Q.  Okay.  Were there security cameras in the school?
14    A.  Yes.
15    Q.  Where were they located?
16    A.  In the hallways and the entrances.
17    Q.  Was there a security camera near the TV studio?
18    A.  No.
19    Q.  There was a security camera in the hallway.  Was
20  there one near Yarbenet's room?
21    A.  Yes.
22    Q.  Were you able to view what the security cameras
23  depicted from your office?  In other words, did you have a
24  monitor?
25    A.  Yes.

8 (Pages 26 to 29)

Case 1:04-cv-00150-SJM    Document 40-4    Filed 10/06/2005    Page 43 of 48
Stacy S. v. Girard School District, et al.
Robert Snyder

Page 50

1    Q.   Looking at Page 3 of this document under the
2  Guidelines.  By the way, did you have any -- you don't have
3  anything to do with the adoption of this policy; is that
4  right?
5    A.   Correct.
6    Q.   Okay.  Under the Guidelines it says that, quote,
7  "False accusations will result in disciplinary action," end
8  quote.  As principal --
9    A.   Excuse me, I'm not seeing where you are.
10    Q.   It's under -- see under enforcement?
11    A.   Okay.
12    Q.   The second paragraph there.  "Given the nature of
13  this type of discrimination" --
14    A.   Okay.  Yes.
15    Q.   -- "the District also recognizes that false
16  accusations of sexual/unlawful harassment can have serious
17  effect on innocent employees and students.  Therefore, false
18  accusation will result in disciplinary action," end quote.
19    A.   Yes.
20    Q.   As a principal at Girard Area School District, did
21  you ever receive an accusation from any source that there
22  was sexual harassment going on?
23    A.   No.
24    Q.   Did you ever receive an accusation or report that
25  there was inappropriate sexual activity or conduct going on?

Page 51

1    A.   No.
2    Q.   Did you ever receive -- we've heard that there was
3  an employee, his name was Varga (sic).
4    A.   Verga.
5    Q.   Verga.
6    A.   Yes.
7    Q.   Who was disciplined in some fashion.  What do you
8  know about Verga?
9    A.   He was looking at pornographic sites on his School
10  District computer.
11    Q.   And did that come to your attention?
12    A.   Yes.
13    Q.   And how did --
14    A.   Through Mr. McClelland.
15    Q.   Okay.  So Mr. McClelland, what, observed it at
16  some --
17    A.   No, a student reported it to Mr. McClelland.
18    Q.   And who investigated that situation?
19    A.   Mr. Blucas.
20    Q.   To your knowledge, did Mr. Blucas investigate any
21  other employee who was assigned to the Rice Middle School,
22  Rice Avenue Middle School, about sexual harassment?
23    A.   Not that I'm aware of, no.
24    Q.   To your knowledge, was there ever any reports or
25  complaints from students saying that either peers were

Page 52

1  harassing them or other staff were harassing them?
2    A.   Not that I'm aware of, no.
3    Q.   I think it was your testimony -- and if I say this
4  wrong, I want you to correct me.
5    A.   Okay.
6    Q.   But this is what I -- this is sort of what I guess
7  filtered out of what you said.  It was your testimony that
8  you never talked to any staff member after Yarbenet was
9  arrested about what he had done; is that right?
10    A.   Correct.
11    Q.   By staff member, I mean faculty of Rice Avenue
12  Middle School.
13    A.   Correct.
14    Q.   What about other staff, like Greg Senyo, did you
15  ever talk to him afterwards?
16    A.   No.
17    Q.   Any other staff?
18    A.   No.
19    Q.   And who was the -- in that time frame, 2002, who
20  was the principal at the high school?
21    A.   Randy Newson.
22    Q.   And did you talk to Mr. Newson about it at all?
23    A.   No.
24    Q.   And Wally Blucas was there that morning when
25  Yarbenet was arrested?

Page 53

1    A.   Well, again, I don't know that he was arrested.
2    Q.   He was taken out of the school.
3    A.   Correct.
4    Q.   Did you ever talk to Wally Blucas about that
5  situation after Yarbenet was taken out of the classroom?  I
6  mean, out of the school.
7    A.   About what situation?
8    Q.   About Yarbenet, and what he had done in the
9  school.
10    A.   Mr. Blucas met with me again the next day, just as
11  an update, to see how we were going to have the classes
12  covered, that sort of thing.  But not regarding anything
13  that was pertinent to the allegations.
14    Q.   And it's also -- and I want to just make sure that
15  we cover Mr. McClelland --
16    A.   Okay.
17    Q.   -- in that situation too.  Did you have any
18  conversations with him about that?
19    A.   No.
20    Q.   So you and Mr. Blucas and Mr. McClelland never
21  engaged in a colloquy about, how could this have happened
22  and us not be aware of it?
23    A.   No.
24    Q.   Do you think that you might have learned anything
25  if you had engaged in such a discussion?

80a

Stacy S. v. Girard School District, et al.

Kimberly Jenke

Page 1

1            IN THE UNITED STATES DISTRICT COURT
2            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3    S██████ S; and JOHN and      :
     MARY ELLEN S., on behalf      :
4    of their daughter, L████      :
     A███ S., a minor,            :
5            Plaintiffs            :

6            vs.                   :    Civil Action No. 04-150E
                                   :
7    GIRARD SCHOOL DISTRICT;       :
     ROBERT SNYDER,                :    HONORABLE SEAN J. MCLAUGHLIN
8    Individually and in his       :
     capacity as Principal of      :
9    the Rice Avenue Middle        :
     School; and GREGORY           :
10   YARBENET, a professional      :
     employee of the Girard        :
11   School District,              :
             Defendants           :    Jury Trial Demanded
12

13

14

15            Deposition of KIMBERLY A. JENKE, taken before and
     by Carol A. Holdnack, RPR, Notary Public in and for
16   the Commonwealth of Pennsylvania, on Tuesday,
     June 28, 2005, commencing at 10:19 a.m., at the
17   offices of Knox McLaughlin Gornall & Sennett, P.C.,
     120 West Tenth Street, Erie, PA 16501.

18

19   For the Plaintiffs:
         Edward A. Olds, Esquire
20       1007 Mount Royal Boulevard
         Pittsburgh, PA 15223
21

22   For the Defendants Girard School District and Robert Snyder:
         Richard A. Lanzillo, Esquire
         Knox McLaughlin Gornall & Sennett, P.C.
23       120 West Tenth Street
         Erie, PA 16501
24

25            Reported by Carol A. Holdnack, RPR
              Ferguson & Holdnack Reporting, Inc.



81a

C-1

0db98304-e1e6-4075-b857-89065f310c82

Stacy S. v. Girard School District, et al.

Kimberly Jenke

Page 6

1 with Gregory Yarbenet.
2     A.  I didn't have any contact with Greg.
3     Q.  Were you ever in his classroom?
4     A.  No.
5     Q.  Did you have your own classroom?
6     A.  No.
7     Q.  You went to other classes —
8     A.  I went to other classrooms with a student.
9     Q.  Okay.  But none of your students were in
10 Yarbenet's class?
11     A.  No.
12     Q.  What grade students did you have?
13     A.  Well, life skills was actually an age.  And I
14 think they started at age 12 and went to 15, but I'm not
15 positive.
16     Q.  Okay.  And then the learning support?
17     A.  I actually worked with that student for a half a
18 year, and he was actually in fifth grade.
19     Q.  So that was one student?
20     A.  Correct.
21     Q.  The life skills, was that one student or more than
22 one student?
23     A.  I worked with 13 students.  There were, I think,
24 five aides and the teacher.
25     Q.  Okay.

Page 7

1     A.  And there were 13 students.
2     Q.  Okay.  At some point did the — did you — did you
3 have observations of Yarbenet and S██ that disturbed you
4 or upset you?
5     A.  Yes.
6     Q.  Tell me how it came about that you had those
7 observations.
8     A.  I went to a homeroom with one of the students.
9 And her homeroom was actually with Jean Verdecchia, which is
10 the music teacher.  And the — Greg Yarbenet had the video
11 studio for the announcements on the — in a classroom — I'm
12 sorry, that's my phone.
13     Q.  Oh, is it?
14     A.  Yeah.
15     Q.  I have mine on vibrate too.
16     A.  I'm sorry.  I didn't think it would be that loud.
17     Q.  That's all right.
18     A.  But the video studio was connected with the music
19 room.  And I observed some things that made me very
20 uncomfortable at that time.
21     Q.  What did you — specifically, what did you
22 observe?
23     A.  My biggest concern was when everyone else would
24 leave the video studio, and Greg and S██, which I did not
25 know her name at the time, would be in the studio alone.

Page 8

1 And the door would be either closed completely or ajar a
2 small amount.
3     Q.  And did you observe this frequently?
4     A.  Several times.  I don't know if I would call it
5 frequently, but, yeah, several times.  It was not a one —
6 one occasion.
7     Q.  And how would you know that the — all the other
8 students had left?
9     A.  Because I actually saw them coming out alone at
10 one point.
11     Q.  You saw S██ and Yarbenet coming out alone?
12     A.  Correct.
13     Q.  Okay.  Now, was there anything else that you
14 observed that concerned you?
15     A.  I would see him several times watching her walk
16 down the halls, going up staircases.  And just always seemed
17 to be watching.
18     Q.  Did you — apparently — do you know what period
19 of time elapsed over which you developed this concern or
20 made these observations?
21     A.  I was in that homeroom when this child was in
22 seventh and eighth grade.  She — like I said, life
23 skills goes with age.  She is now 18, 19.  She turned 19 in
24 April.  So she would be a senior.  So this was four, five,
25 six years ago when she was in seventh and eighth grade.

Page 9

1     Q.  So this would be probably — according to your
2 recollection, it might be the 1999 and 2000 year.  If this
3 is 2005 —
4     A.  If this is 2005, it might even been '98.
5     Q.  Okay.
6     A.  '99.
7     Q.  Okay.  And did you know — did you know S██ at
8 all?
9     A.  No.
10     Q.  Okay.  So what you observed was Yarbenet with a
11 young girl alone in a room.
12     A.  Correct.
13     Q.  Okay.  And did you observe that — a situation
14 over a long period of time?  I mean, you said that you were
15 in this homeroom for two years, right?
16     A.  Correct.
17     Q.  Ms. Verdecchia.
18     A.  Verdecchia.
19     Q.  Verdecchia.  And would you observe that situation
20 from time to time over that entire time span?
21     A.  Yes.
22     Q.  Okay.  Did you observe anything that made you —
23 okay.  You knew that they were alone.  And you observed the
24 way Yarbenet would watch S██
25     A.  Um-hum.

FERGUSON & HOLDNACK REPORTING, INC.
814-452-4556



82a

C-2

0db98304-e1e6-4075-b857-89065f310c82

Stacy S. v. Girard School District, et al.

Kimberly Jenke

Page 10

1  Q.  And when you saw him watch S███ was he near his
2  classroom?
3  A.  At one point I remember him being in his classroom
4  outside the door, which all the teachers were supposed to be
5  in the hallway during change of class anyway.  So teachers
6  being in the hallway was not unusual.  So one time I did
7  observe him outside his classroom.  And I remember one time
8  the -- there was a staircase by the projection room, or
9  whatever you want to call that, that video room.  And I
10  remember him watching her as she walked up the steps and
11  went into the next story, which would be the second floor.
12  Q.  Okay.  And that made you nervous, the way he
13  looked at her?
14  A.  Oh, yes.
15  Q.  Describe what -- to the best that you can, could
16  you describe -- I mean, his look or his conduct.
17  A.  It wasn't -- you know, I always tell my husband
18  it's a feeling I get.  And I have found over the years,
19  especially as I'm growing older, that that means something.
20  Okay.
21  Q.  Okay.
22  A.  And it's just a sick feeling that I got.  And it
23  was just -- it's not really something that you can describe.
24  Some people may see it and say there's -- so what, it's not
25  a big deal, it's a teacher watching students walk down the

Page 11

1  hall.  It was my feeling that I got in the pit of my stomach
2  knowing that there was something amiss.
3  Q.  Okay.  Did you talk to any other staff members
4  about this?
5  A.  I went to Mr. Snyder about it.
6  Q.  Okay.  Did you -- before I get to that, did you
7  talk to, for instance, Ms. Verdecchia or any of the other
8  staff members?
9  A.  I talked to some of the aides in the classroom
10  about it.
11  Q.  Do you remember which aides you talked to?
12  A.  Well, the aides that were in there would be Ann
13  Mathews, Wendy Cook, and Sarah Clawson.
14  Q.  Okay.  And would you talk to them on one occasion
15  or more than one occasion?
16  A.  Oh, more than one occasion, yeah.  We talked
17  several times about the way that Greg was.
18  Q.  Did they have their own observations of --
19  A.  Yes.
20  Q.  Can you recall some of the things that they
21  observed.
22  A.  I would prefer not to comment on what they had
23  said.
24  Q.  And that's because you can't remember or --
25  A.  Well, because we talked, and it was more an

Page 12

1  opinion than anything.  And I don't get into he said/she
2  said.  That's not something that I've ever done.
3  Q.  Okay.
4  A.  And that's what I would feel that I was doing now.
5  Q.  Okay.  In a case like this, one of the reasons
6  that we do discovery, and this is the discovery phase of the
7  case, is that we're looking for not only what you know but
8  potentially what other people -- what you know that other
9  people might know so that maybe we could talk to those other
10  people.  We're going to be deposing, I think, Ann Mathews
11  here today.  Do you recall what she said?
12  A.  I would just say that all of us felt uncomfortable
13  with his look.  He just had a demeanor about him that made
14  us all uncomfortable.
15  Q.  Okay.  And you indicated that you went to
16  Mr. Snyder.
17  A.  Correct.
18  Q.  Did any of the other aides indicate to you that
19  they thought that they might go to Mr. Snyder, or?
20  A.  I don't remember for sure if they had said they
21  went to him or not.
22  Q.  Okay.  And do you remember what time of the year
23  you went to Mr. Snyder?
24  A.  No.
25  Q.  Okay.

Page 13

1  A.  I mean, knowing myself, I would go to him like
2  right away.
3  Q.  Okay.
4  A.  Okay.  I'm assuming it was when this child that I
5  had was in seventh grade.
6  Q.  Okay.  And so -- and you -- before we get to
7  Mr. Snyder.  There was talk among the aides, and you weren't
8  the only one to observe that something was improper.  Some
9  of the other aides apparently were upset or at least
10  concerned as well.
11  MR. LANZILLO:  Objection to the form of the
12  question.  You can go ahead and answer.
13  Q.  Did any of the other aides express concern to you?
14  A.  Like I said, we all had an uneasy feeling about
15  Greg.  He just gave us the creeps, all of us.  We tried to
16  stay away from him.
17  Q.  Okay.  And so at some point you went and talked to
18  Mr. Snyder.  To the best of your recollection, tell me what
19  you said to Mr. Snyder and what happened in that
20  conversation.
21  A.  I went to him when I had -- when I saw that that
22  door was closed.  And I had seen S███ and Greg come out of
23  it.  Okay.  And I told him that that's just -- it was weird,
24  a teacher should not be doing that.  And then I told him
25  about observing how Greg would watch her, and how it made me

FERGUSON & HOLDNACK REPORTING, INC.
814-452-4556





0db98304-e1e6-4075-b857-89065f310c82

C-3

Stacy S. v. Girard School District, et al.    Kimberly Jenke

**Page 14**

1  feel. And he told me to write it all down. I have not been
2  able to find that statement that I wrote for him.
3      Q.  Did you write a statement?
4      A.  I did.
5      Q.  And did you give it to Mr. Snyder?
6      A.  I did.
7      Q.  Okay. And how long was it? Was it a page, or?
8      A.  Oh, it was probably two paragraphs. Just what I
9  had observed, at what time of year. Just the basics, which
10 was not unusual for me. You know, I mean, you do that when
11 you make an accusation, as I felt I was doing.
12     Q.  Okay.
13     A.  Okay.
14     Q.  And what you said in that letter was what you're
15 saying here today. That you had observed them alone behind
16 closed doors. And did you also say in the letter that you
17 had observed Yarbenet looking at S████ in the manner that
18 made you feel uncomfortable?
19     A.  Yes.
20     Q.  Okay. So you had a meeting with Mr. Snyder, and
21 you expressed those thoughts to him.
22     A.  Correct.
23     Q.  Is that right? And then he told you to put it in
24 writing.
25     A.  Correct.

**Page 15**

1      Q.  Is that right? And then you put it in writing.
2      A.  Yes.
3      Q.  Did you have any more meetings with him about it?
4      A.  At a later date I did, because I did not feel — I
5  mean, I wrote it down. It was out of my hands. But at a
6  later date I did see S████ and Greg at Wal-Mart. And they
7  were — it was just the two of them. And so I went to
8  Mr. Snyder again. And I had said something to him.
9      Q.  About that —
10     A.  About that observation.
11     Q.  -- observation?
12     A.  Yes.
13     Q.  Okay.
14     A.  And at that time he told me that he had talked
15 with the mother. And that she had told him that Greg was
16 mentoring S████ and that she was well aware of their
17 relationship and did not have a problem with it.
18     Q.  Okay.
19     A.  And he said the School District — their hands
20 were tied if the mother did not have a problem with it.
21     Q.  Okay. Okay. And then do you remember if you
22 observed anything that you thought that made you
23 uncomfortable after that second conversation?
24     A.  Oh, yes. I mean, this went on for the two years
25 that I remember being in this homeroom. Like I said, I

**Page 16**

1  don't remember exactly when I went to him, but, yes, it did
2  continue. But we were told — and as a parent, I'm sorry,
3  but if I say I know what's going on, this is my child, I
4  feel that that was the end of it. I mean, the parents were
5  aware.
6      Q.  Okay. Well, and then Yarbenet — were you in this
7  school when Yarbenet was suspended and he — did you learn
8  that he was eventually arrested?
9      A.  I was not in the School District at that time, no.
10     Q.  So you had left by that time.
11     A.  Correct.
12     Q.  Had you — did you — in terms of the observations
13 that you made, you talked to aides. Did you ever talk to
14 any of the faculty members to see if they had observed
15 anything?
16     A.  No.
17     Q.  For instance, did you know Mrs. Seneta?
18     A.  No.
19     Q.  Mrs. Werling?
20     A.  Well, I knew them. I was in a couple of their
21 classrooms. But, no, I never went to any other —
22     Q.  Okay.
23     A.  -- any other staff. I mean, the aides and I
24 talked, but that was the extent of it.
25     Q.  Did you ever hear any students' talking?

**Page 17**

1      A.  No.
2      Q.  Okay. Did Ann Mathews — she had — did you know
3  that she had a daughter who was in S████ class?
4      A.  I knew that she had daughters. As far as being in
5  S████ class, no.
6      Q.  Okay. And so after the disclosure and Yarbenet
7  was arrested — I assume that you heard that publicity,
8  right?
9      A.  Yes.
10     Q.  Did you ever — after that point, did you ever
11 talk to anyone at the School District about your
12 observations?
13     A.  I talked with Wendy Cook right after I heard about
14 the arrest.
15     Q.  Who is Wendy Cook?
16     A.  She is one of the other aides in the classroom.
17     Q.  Okay. Oh, that's right, you gave me her name.
18     A.  And I asked her if she knew anything. And she
19 said that it was the accusation against S████
20     Q.  Okay. So when the news broke, you didn't know
21 which student it pertained to?
22     A.  No, I did not.
23     Q.  And then you found out that it was S████
24     A.  Correct.
25     Q.  Okay. Did you ever see Yarbenet with his hands on

5 (Pages 14 to 17)

FERGUSON & HOLDNACK REPORTING, INC.
814-452-4556



84a

C-5

0db98304-e1e6-4075-b857-89065f310c82

Stacy S. v. Girard School District, et al.                                    Kimberly Jenke

Page 22

1    Q.  This one you just can't --
2    A.  Yeah.
3    Q.  -- put your fingers on.
4    A.  Well, it's been so long too.
5    Q.  Right.
6    A.  But I have looked.  So I can't seem to find it.
7    Q.  And I think you put it that there was something
8  about Yarbenet's demeanor that made you uncomfortable.
9    A.  Yes.
10   Q.  Did any student ever approach you or indicate to
11 you that Greg Yarbenet had touched them inappropriately or
12 sexually harassed them in any way?
13   A.  No.
14   Q.  And you never observed any contact between Greg
15 Yarbenet and any student that you considered to be sexual
16 harassment or abuse or anything?
17   A.  No.
18   Q.  Okay.  Your concern was that -- was based upon
19 your gut feeling about Yarbenet and the fact that he was in
20 this room for some period of time alone with any student.
21   A.  Correct.
22   Q.  I take it this would have been early in the day
23 when they were having student announcements.
24   A.  First thing in the morning, yes.
25   Q.  And do you recall how long that the period of time

Page 23

1  was between the time kids would arrive in that TV studio and
2  when they would then be moving on to their first class or
3  back to their homerooms?
4    A.  Oh, I would have no idea.
5    Q.  Okay.
6    A.  Because I would observe the door being closed
7  after the announcements and after homeroom was done.  But I
8  don't remember from the time the announcements ended to the
9  time that homeroom was done.
10   Q.  Okay.  Were you ever able to see into the room and
11 see any activity in there?
12   A.  No.
13   Q.  The instance where you observed Yarbenet and S████
14 ████ in Wal-Mart, were they walking through Wal-Mart?
15   A.  Yes.
16   Q.  Okay.  Did you have occasion to talk to either one
17 at that time?
18   A.  I did say hello to Greg.  Like I said, I did not
19 know S██ at the time.
20   Q.  Okay.  You didn't know whether S██ was there
21 with the parents' permission or what the circumstances were?
22   A.  No, I did not.  I just -- I saw the two of them
23 walking together.  I wouldn't have even know they were
24 together except that they were right next to one another.
25   Q.  Do you have any knowledge or information

Page 24

1  concerning the nature of the relationship between the
2  Yarbenet family and the ████er family?
3    A.  At the time I did not.  When I talked to Bob
4  Snyder later on, he did tell me that they did go to church
5  together.  Because I did express to him that this was a big
6  concern of mine.  And I did not -- I was not comfortable
7  with it at all.  And that's when he told me that it was out
8  of the School District's hands because the parent had said
9  he's mentoring her, they go to church together, and that
10 they're good friends.
11   Q.  Are you sure it was church together or that I --
12 didn't -- it's not my understanding that they went to the
13 same church, but that the families were close.  Do you
14 remember precisely what he told you in that regard?
15   A.  From what I can remember, it was church together.
16   Q.  Okay.
17   A.  So, like I said, it's been so long, that -- but
18 from my recollection.
19   Q.  I understand you're doing the best you can to
20 remember things that took place years ago.  Have you ever
21 had any contact with Mrs. ████████ S████, mother?
22   A.  No.
23   Q.  Mr. ████?
24   A.  No.
25   Q.  And your best estimate when Yarbenet and S█

Page 25

1  would apparently be in the studio alone together, for how
2  long a period of time, do you recall?
3    A.  No.  No.  Because that's what I said before, there
4  was -- because I know that I would observe it when we left
5  homeroom, but I have no idea what the time period was.
6    Q.  I got you.  You just know for some period of time,
7  which you can't quantify, they would have been in there
8  alone together.
9    A.  Correct.
10        MR. LANZILLO:  That's all I have, Ms. Jenke.
11  Thank you very much.
12        MR. OLDS:  I just have a -- hopefully not too many
13  ' additional follow-up questions.
14
15              REDIRECT EXAMINATION
16 BY MR. OLDS:
17
18   Q.  I think you said that you delivered the letter to
19 Mr. Snyder, and was there a period of time when you didn't
20 hear back from him?
21   A.  Yes.
22   Q.  Okay.  And then you saw them, S██ and Yarbenet,
23 at Wal-Mart, and so you went back and talked to Bob Snyder.
24   A.  Correct.
25   Q.  And that's when you recall him saying that -- I

7 (Pages 22 to 25)

FERGUSON & HOLDNACK REPORTING, INC.
814-452-4556






