IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor | ) ) ) ) Civil Action No. 04-150E |
| Plaintiff, | ) ) Jury Trial Demanded |
| v. | ) ) ) ELECTRONICALLY FILED |
| GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER OF COURT**

In Erie, this the ___ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that Plaintiffs' Dispositive Motions and/or Pretrial Statement is due on or before November 10, 2005, or when the discovery disputes and follow-up discovery is concluded, whichever event occurs last.

_____
U.S. District Court Judge