IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; AND JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor<br>　　　　Plaintiff,<br><br>　　V<br><br>GIRARD SCHOOL DISTRICT, et al.,<br>　　　　Defendant. | Civil Action No. 04-150 Erie |

## **ORDER**

AND NOW, this __7TH__ day of October, 2005, upon consideration of the Motion to Compel and Brief In Support filed by the Plaintiff

IT IS HEREBY ORDERED that the Defendant file a Response to this Motion and Brief on or before October 20, 2005

　　　　　　　　　　　　　　　　　　　　S/Sean J. McLauglin
　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: All counsel of record.