MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

Stacy S., et al.,
_____
Plaintiff

vs.                                       No. CA 04-150 E

School District of Girard,
et. al.
_____
Defendant

HEARING ON  Motions    11-1-05

Before Judge  McLaughlin

Edward Olds                              Rich Lanzillo
_____                  _____
Appear for Plaintiff                     Appear for Defendant

Hearing begun  1:27 pm                   Hearing adjourned to  2:16 pm

Hearing concluded C. A. V. ___           Stenographer  Ron Bench

WITNESSES:

For Plaintiff                            For Defendant

Mtn to Compel is Granted in Part, and Denied
in Part, for Reasons Set forth on Record.

Mtn to Extend time is Granted as follows:
  π's ptrl. Stmts    12-30-05
  Δ's ptrl Stmts     1-20-06
Mtn. Sum Jgmt        12-30-05
  Resp to Mtn Sum Jgmt  1-20-06