```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S.; and JOHN and MARY        )
ELLEN S., on behalf of their       )  Civil Action No. 04-150E
daughter, LEIGH ANN S., a minor    )
                                   )
        Plaintiff,                 )  Jury Trial Demanded
                                   )
     v.                            )
                                   )  ELECTRONICALLY FILED
GIRARD SCHOOL DISTRICT;            )
ROBERT SNYDER, Individually        )
and in his capacity as             )
Principal of the Rice Avenue       )
Middle School; and GREGORY         )
YARBENET, a professional           )
employee of the Girard School      )
District,                          )
                                   )
        Defendants.                )
```

## ORDER OF COURT

In Erie, this the ___ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that the Case Management Order providing for the filing of Pretrial Statements and Dispositive Motions by December 31, 2005, is modified. A settlement conference is scheduled for the ___ day of _____, 2006. A new date for filing Pretrial Statements and Dispositive Motions will be selected after the settlement conference.

_____
U.S. District Court Judge