IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor ) ) ) | Civil Action No. 04-150E |
| ) | |
| Plaintiff, ) | Jury Trial Demanded |
| ) | |
| v. ) | |
| ) | ELECTRONICALLY FILED |
| GIRARD SCHOOL DISTRICT; ) ROBERT SNYDER, Individually ) and in his capacity as ) Principal of the Rice Avenue ) Middle School; and GREGORY ) YARBENET, a professional ) employee of the Girard School ) District, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF COURT**

In Erie, this the ___ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that the Case Management Order providing for the filing of Pretrial Statements and Dispositive Motions by December 31, 2005, is modified.  A settlement conference is scheduled for the ___ day of _____, 2006.  A new date for filing Pretrial Statements and Dispositive Motions will be selected after the settlement conference.

_____
U.S. District Court Judge