## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S., and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor, <br><br> Plaintiff, <br><br> v. <br><br> GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District, <br><br> Defendants. | Civil Action No. 04-150 Erie |

### ORDER

AND NOW, this 28th day of December, 2005, upon consideration of the Joint Motion to Enlarge Time to Submit Pretrial Statements and Dispositive Motions [Doc. No. 47],

IT IS HEREBY ORDERED that the Motion is GRANTED. A settlement conference will be held before the undersigned on **Wednesday, January 18, 2006 at 1:30 p.m.** at U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA. IT IS FURTHER ORDERED that in addition to counsel, Plaintiff and a representative for the involved insurance companies shall be present in person and have full authority to settle the above captioned case.

IT IS FURTHER ORDERED that if the case does not settle, Plaintiff's Pretrial Statement and the parties Motions for Summary Judgment are due on February 7, 2006; Defendants' Pretrial Statement and any Briefs in Opposition to the Motions for Summary judgment are due on February 27, 2006.

s/ Sean J. McLaughlin<br>
United States District Judge

cc: All counsel of record.