IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S., et al.,
    Plaintiffs

   v.             CIVIL ACTION NO. 04-150 ERIE

THE GIRARD SCHOOL DISTRICT,
et al.,
    Defendants


SETTLEMENT


Proceedings held before the HONORABLE

SEAN J. McLAUGHLIN, U.S. District Judge,

in Judge's Chambers, U.S. Courthouse, Erie,

Pennsylvania, on Wednesday, January 18, 2006.


APPEARANCES:
    EDWARD A. OLDS, Esquire, appearing on behalf of
    the Plaintiffs.

    CAROLYN SPICER RUSS, Esquire, appearing on

    behalf of the Plaintiffs.

    RICHARD A. LANZILLO, Esquire, appearing on behalf of Defendants The Girard School District and Robert Snyder.

Ronald J. Bench, RMR - Official Court Reporter

2

1   P R O C E E D I N G S

2

3   (Whereupon, the proceedings began at 5:30 p.m., on

4   Wednesday, January 18, 2006, in Judge's Chambers.)

5

6   THE COURT:  Let's go on the record.  The parties

7   have informed me that a settlement has been reached between the

8   plaintiffs and the Girard School District and Robert Snyder

9   individually and in his capacity as principal of the Rice

10   Avenue Middle School.  And at this time I'm going to turn to

11   Mr. Lanzillo.  Mr. Lanzillo, would you be so kind as to

12   indicate for the record what you understand on behalf of the

13   defendants to be the material terms and conditions of the

14  settlement. Then I will turn over to Mr. Olds to confirm that

15  is his understanding.

16         MR. LANZILLO: Thank you, your Honor. On behalf of

17  defendants the Girard School District and Robert Snyder,

18  $275,000 will be paid to Stacy S. or as directed by her

19  counsel; and a total sum of $125,000 will be paid to or as

20  directed by her counsel to Leigh Ann S. This amount is

21  inclusive of all claims, including claims for attorneys' fees

22  and costs.

23         As part of the settlement, the Girard School

24  District and Robert Snyder make no admission of liability, nor

25  shall the agreement be construed as an admission of liability.

3

1  This is a settlement of a disputed claim.

2         Finally, the other material term is, recognizing the

3  community has a right to know the terms of the settlement, no

4  party will seek to withhold that information, the terms of the

5  settlement, including the amounts, which can be made public.

6         THE COURT: Let me make it clear. The terms and

7  conditions of this settlement -- that is why my court reporter

8   is taking it down right now, since a public entity is involved,

9   I am directing him to prepare a transcript and electronically

10  file it.  So this at least will be shortly a matter of public

11  record.

12          MR. LANZILLO:  Understood, your Honor.  However, the

13  parties agree that beyond the basic terms of the settlement,

14  they will have no further comment regarding those terms.

15          MR. OLDS:  The terms or conditions of the

16  settlement?

17          MR. LANZILLO:  Correct.

18          MR. OLDS:  That doesn't limit any other discussion

19  that might ensue.  But you're right, the terms and conditions

20  of the settlement will not be discussed by the parties.

21          THE COURT:  All right.

22          MR. LANZILLO:  Finally, judge, if I may.  We will

23  further memorialize these terms in a definitive settlement

24  agreement.  Of course that will include a general release as to

25  my clients.

4

1           MR. OLDS:  That's agreeable.

2          (Discussion held off the record.)

3          THE COURT: Let's go back on the record. As far as

4  I'm concerned, then, the plaintiffs and the school district and

5  the individual school district defendant have settled the case.

6  Just so it's clear, though, the case against Yarbenet has not

7  yet settled. So that aspect, at least for present purposes,

8  remains open.

9          MR. OLDS: Right.

10         THE COURT: All right, counsel, thank you very much.

11

12         (Whereupon, at 5:35 p.m., the Settlement proceedings

13  were concluded.)

14

15                    - - -

16

17

18

19

20

21

22

23

24

25

5

1        C E R T I F I C A T E

2

3

4

5    I, Ronald J. Bench, certify that the foregoing is a

6  correct transcript from the record of proceedings in the

7  above-entitled matter.

8

9

10

11

12  _____

13  Ronald J. Bench

14

15

16

17

file:///A|/STACYSET.TXT

18

19

20

21

22

23

24

25

Case 1:04-cv-00150-SJM     Document 49     Filed 01/19/2006     Page 7 of 7