```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| STACY S.; and JOHN and MARY ELLEN S., on behalf of their daughter, LEIGH ANN S., a minor | Civil Action No. 04-150E |
| Plaintiff, | Jury Trial Demanded |
| v. | Electronically Filed |
| GIRARD SCHOOL DISTRICT; ROBERT SNYDER, Individually and in his capacity as Principal of the Rice Avenue Middle School; and GREGORY YARBENET, a professional employee of the Girard School District, Defendants. | |

## ORDER OF COURT

IN ERIE, this the _____ day of _____, 2006, upon consideration of the foregoing, it is hereby Ordered that Yarbenet is directed to Answer Interrogatory No. 9 within seven days. Within ten days, Yarbenet is directed to provide: (1) all documents evidencing transfers of stock in which he had any interest, from 2002 to the present, to Plaintiffs' counsel; (2) the identity of all contact persons at the National Aeronautics and Space Administration who can provide information to Plaintiffs concerning models that Yarbenet received from the National Aeronautics and Space Administration; (3) any documents evidencing the sale or disposition of real estate; (4) any documents or other communications between Yarbenet, brokers, investment advisors, money managers, or any other persons who have received or executed orders to sale stock, and any accounts

from brokers, investment counselors, or other individuals concerning Yarbenet's stock transactions from 2000 to the present; (5) all information and any documents evidencing the information which pertain to Yarbenet's receipt of and disposition of models from the National Aeronautics and Space Administration.

_____
U.S. District Judge