# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Stacy S.  )
_____ )
          )  Plaintiff
          )
vs.       )  No. CA 04-150 E
          )
Yarbenet  )
_____ )
          )  Defendant

HEARING ON  Status

Held on  Thurs. 8-10-06

Before Judge  Sean J. McLaughlin

Ed Olds                        Ed Betza
Appear for Plaintiff           Appear for Defendant

Hearing begun  10:50           Hearing adjourned to  11:00 am
Hearing concluded C.A.V. ___   Stenographer  Heather Nass
                               Clerk  n/a

WITNESSES:

For Plaintiff                  For Defendant

Case Settled
Order to follow