IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY S. et. al., )<br>    Plaintiffs, )<br>)<br>Vs. )<br>)<br>GIRARD SCHOOL DISTRICT, et al., )<br>    Defendant. ) | Civil Action No. 04-150 Erie |

**O R D E R**

AND NOW, to with, this 10th day of August, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record. nk