```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3    STACY S., et al,                :
              Plaintiff               :
 4                                    :
         v.                           :  No. 04-150
 5                                    :
      GIRARD SCHOOL DISTRICT,         :
 6            Defendant               :

 7

 8

 9           Hearing in the above-captioned matter held on

10    Thursday, August 10, 2006, commencing at 10:55 a.m., before

11    the Honorable Sean J. McLaughlin, at the United States

12    Courthouse, Courtroom C, 617 State Street, Erie,

13    Pennsylvania 16501.

14

15

16
      For the Plaintiff:
17
          Edward A. Olds, Esquire
18        1007 Mount Royal Boulevard
          Pittsburgh, Pennsylvania 15223
19

20    For the Defendant:

21        Edward J. Betza, Esquire
          Elderkin Martin Kelly & Messina
22        150 East Eighth Street
          Erie, Pennsylvania 16501
23

24

25              Reported by Heather E. Nass
            Ferguson & Holdnack Reporting, Inc.
```

```
 1              JUDGE MCLAUGHLIN:  The parties have informed me that
 2   they have reached a settlement in this matter.  Let me turn to
 3   Mr. Olds and you can indicate on the record your understanding as
 4   what the terms and the conditions are.  And then I'll confirm it
 5   with Defense Counsel.
 6              MR. OLDS:  There's going to be a consent judgment in
 7   favor of Plaintiff Stacy S. in the amount of $205,000 against
 8   Gregory Yarbenet.  And the consent judgment in favor of Leigh Ann
 9   S. in the amount of $100,000 against the Defendant, Gregory
10   Yarbenet.
11              We're going to present a consent order to -- this will
12   be one document, you know, the consent.  So in other words,
13   there's no priority or issues like priority between the two
14   Plaintiffs.
15              JUDGE MCLAUGHLIN:  All right.  And in return for that
16   the case will be --
17              MR. OLDS:  This case will be closed.  I mean, it will
18   be concluded.
19              JUDGE MCLAUGHLIN:  All right.  And, finally, Mr. Betza,
20   does that conform with your understanding as well?
21              MR. BETZA:  Yes, Your Honor.  That's an accurate
22   reflection of the settlement arrangement.
23              JUDGE MCLAUGHLIN:  All right, Counsel, thank you very
24   much.
25              MR. OLDS:  Thank you, Judge.
```

```
 1          MR. BETZA:  Thank you, Judge.
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                C E R T I F I C A T I O N
 2
 3        I, Heather E. Nass, a Court Reporter and
 4        Notary Public in and for the Commonwealth of
 5        Pennsylvania, do hereby certify that the foregoing
 6        is a true and accurate transcript of my
 7        stenographic notes in the above-captioned matter.
 8
 9
10
11               _____
12               Notary Public
13
14
15               Dated:_____
16
17
18
19
20
21
22
23
24
25
```