```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACY S.; and JOHN and MARY         )
ELLEN S., on behalf of their        )Civil Action No. 04-150E
daughter, LEIGH ANN S., a minor     )
                                    )
       Plaintiff,                   )    Jury Trial Demanded
                                    )
       v.                           )
                                    )    Electronically Filed
GIRARD SCHOOL DISTRICT;             )
ROBERT SNYDER, Individually         )
and in his capacity as              )
Principal of the Rice Avenue        )
Middle School; and GREGORY          )
YARBENET, a professional            )
employee of the Girard School       )
District,                           )
       Defendants.                  )
```

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**

The parties hereby consent to the entry of the following judgments in favor of the Plaintiffs against the Defendant, Gregory Yarbenet, solely:

(a) A judgment in the amount of $250,000 against Gregory Yarbenet in favor of Stacy S.

(b) A judgment in the amount of $100,000 against Gregory Yarbenet in favor of Leigh Ann A.

Consented to:

| | |
|---|---|
| /s/Edward A. Olds | /s/Edward J. Betza |
| Edward A. Olds, Esquire | Edward J. Betza, Esquire |
| 1007 Mount Royal Boulevard | ELDERKIN MARTIN KELLY |
| Pittsburgh, PA 15223 | 150 East Eighth Street |
| | Erie, PA 16501 |
| Counsel for Plaintiffs | Counsel for Defendant |
| | Gregory Yarbenet |

    IT IS SO ORDERED, this _____ day of _____, 2006, upon stipulation of the parties, that the Clerk shall enter judgment in accordance with the stipulation of the parties.  The docket of this case shall be marked closed.


_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Edward J. Betza, Esquire
    150 East Eighth Street
    Erie, PA 16501

    Richard A. Lanzillo, Esquire
    KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
    120 West Tenth Street
    Erie, PA 16501

    /s/Edward A. Olds, Esquire
    _____